UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Case: 1:19-cv-03766 (D Deck)
Assigned To : Unassigned
Assign. Date : 12/16/2019
Description: TRO/PI

PRISCILLA A. ELLIS
03260180
FEDERAL MEDICAL CENTER, CARSWELL
P.O. Box 27137
Ft. Worth, Texas 76127
03260-180


RECEIVED Mail Room
DEC 16 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

VS.   CIVIL ACTION NO.

UNITED STATES SOUTH CENTRAL REGIONAL ACTING DIRECTOR ERIC J WILSON
UNITED STATES ATTORNEY GENERAL WILLIAM BARR
UNITED STATES ATTORNEY MARIA CHAPA LOPEZ
UNITED STATES ASSISTANT ATTORNEY PATRICK SCRUGGS
FEDERAL BUREAU OF PRISONS DIRECTOR KATHLENN HAWK -SAWYER
FEDERAL BUREAU OF PRISONS WARDEN CARR AT FMC-CARSWELL
FEDERAL BUREAU OF PRISONS ASSOCIATE WARDEN COHEN AT FMC CARSWELL AND WARDEN M. CARR
UNITED STATES OF AMERICA SOLICITOR GENERAL
UNITED STATES OF AMERICA FBI AGENT UNKNOWN (SAM AGENT)
UNITED STATES DIRECTOR OF THE FBI
FEDERAL BUREAU OF PRISONS EXECUTIVE MS LUX AT FMC-CARSWELL
Individually and in their Official Capacities

COMPLAINT

COMES NOW PRISICLLA A ELLIS REQUESTING THAT THIS HONORABLE COURT REVERSE THE UNLAWFULLY APPLIED SAM ORDER TO MY FINAL JUDGEMENT THAT WAS APPLIED AT THE REQUEST OF THE AUSA IN THE MIDDLE DISTRICT OF FLORIDA 19 MONTHS INTO MY SENTENCE. I WOULD ALSO REQUEST THAT HIS COURT GRANT ME A TEMPORARY RESTRAINING ORDER HALTING THE USE OF THE UNLAWFULLY APPLIED SAM AGENT UNTIL AFTER THE ATTORNEY GENERAL WILLIAM BARR OR THE COURT MAKE A DECISION TO REPEAL THE UNLAWFULLY APPLIED SAM ORDER. ELLIS IS CURRENTLY SERVING A SENTENCE OF MONEY LAUNDERING AND WIRE FRAUD CONSPIRACY IN CASE NUMBER 8:15-cr-00320-SDM-TGW-3

1

RECEIVED Mail Room
VOID
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE FEDERAL BUREAU OF PRISONS UNLAWFULLY UTILIZED A FALSE
WRITE UP WITH ALL FALSE ALLEGATIONS AND USED THIS TO OBTAIN
THE UNLAWFUL SAM ORDER 19 MONTHS AFTER ELLIS" SENTENCE HAD
ALREADY COMMENCED, AND USING SOEM OF THE ALLEGATIONS FROM A
CASE THAT DOES NOT START FOR ANTOHER 36 YEARS, AS IT IS A CONSECUTIVE
SENTENCE AND ELLIS WOULD BEGIN SERVING

THE SENTENCE IN CASE NUMBER 8:16-00502-JSM-AEP ALL OVER AGAIN. ASSISTANT ATTORNEY PATRICK SCRUGGS FOR THE MIDDLE DISTRICT OF FLORIDA AS YOU CAN SEE FROM THE ATTACHED EXHIBITS HAS REQUESTED THE FEDERAL BUREAU OF PRISONS TO UTILIZE A CONSECUTIVE SENTENCE THAT HE AND HIS FORMER ASSISTANT ATTORNEY ERIC GERARD AND AGENT DEVIN WILLIAMS HIRED UNDER COVER INFORMANTS, EBONY STILLWELL, PEGGY WASHINGTON, AND PILAR GARCIA LORENZO TO ENTRAP ELLIS FOR BECAUSE THEY HAD SET ELLIS UP FOR THE FIRST CASE AS A SCAPEGOAT FOR THE NIGERIAN MEN IN CANADA BECASUE OF ELLIS ASSETS, KNOWING FULL WELL THAT ELLIS WAS A VICTIM. HAD ELLIS BEEN A SUCCESSFUL WHITE BUSINESS WOMAN, THIS WOULD HAVE NEVER HAPPENED, AND IT PROVES ITSELF BY THEM NOT INDICTING ELSIE GREEN OUT OF UTAH, AND SHE OPENED ACCOUNTS WITHOUT A BUSINESS AND RAN MILLIONS THROUGH ACCOUNTS, YET THE MIDDLE DISTRICT OF FLORIDA DEEMED HER AS A VICTIM BECAUSE HER DAUGHTER MS BROWN IS A LOCAL JUDGE IN UTAH AND MS GREEN RETIRED FROM THE LOCAL SHERIFF DEPARTMENT AS A COOK. THEY FAILED TO INVESTIGATE THAT ELLIS IS AN HONORABLE DISCHARGED ARMY VETERAN, HUSBAND IS A RETIRED LTC VICTOR ELLIS, AND THAT ELLIS WAS A SUCCESSFUL BUSINESS OWNER IN THE BELL COUNTY AREA SINCE MARCH 1994. A MEMBER OF THE KILLEEN CHAMBER OF COMMERCE, GOLD HAMMER HOLDER FOR HABITAT FOR HUMANITY, A PAUL HARRIS SCHOLAR ROTARIAN SEVERAL TIMES OVER, WAS A LICENSED REALTOR IN ALASKA, AS WELL AS OWNED WIRELESS BOOTHS THERE. BABY DAUGHTER WENT TO THE SAME PRIVATE CHRISTIAN SCHOOL SINCE AGE 2. FORMER MEMBER OF NOON ROTARY CLUB, SUCCESSFUL BUSINESS OWNER OF WIRELESS SINCE 1991 AND ATTENDED THE CES SHOW ANNUALLY SINCE 1993. CES = CONSUMER ELECTRONICS SHOW IN LAS VEGAS SANDS CONVENTION. LESS THEN $135,000 GOES THROUGH ELLIS ACCOUNTS AND

ELLIS ENDS UP IN A COUNTY JAIL IN THE MIDDLE DISTRICT OF FLORIDA
OUT OF HER VENUE, BECAUSE ELLIS NEVER DONE ANY BUSINESS IN THE
MIDDLE DISTRICT OF FLORIDA EVER, SO HAD SHE COMMITTED A CRIME
THE VENUE WOULD HAVE BEEN TEXAS, AND THEY KNEW THAT BUT
BECAUSE ELLIS WAS A BLACK BUSINESS WOMAN, THEY DID WHATEVER THEY
WANTED TO DO AND ELLIS DAUGHTER WAS MARRIED AND AWAY FROM
HOME FOR OVER 5 YEARS AND HUSABDN IS A MAJOR IN THE UNITED
STATES ARMY AND SHE IS A COLLEGE GRADUATE AND HAD A PROFESSIONAL
JOB AND THEY INDICTED HER AS WELL, WHEN SHE HAD NO DEALINGS
WITH HER MOM BUSINESSES WHATSOEVER. BECAUSE AS A BLACK
BUSINESS OWNER, ELLIS WAS FIGHTING FUROCIOUSLY FOR HER
INNOCENCE AND FREEDOM, THIS IS WHY ASSISATNT ATTORNEY PATRICK
SCRUGGS, FORMER ASSISTANT ATTORNEY ERIC GERARD AND AGENT
DEVIN WILLIAMS DECIDED TO ENTRAP ELLIS WITH A CRIME FOR
RETALIATING AGAINST A WITNESS, BUT THEY NEVER BROUGHT MARTIN
TO COURT, THEY COUSIN OF THE INMATE INFORMANT STILLWEE, AND
THEY DID NOT SUBPOENA ELLIS' BABY GIRL TO COURT TO TESTIFY
TO THE TRUTH THAT THERE WAS NO RETALIATION AGAINST A WITNESS,
AND THE FBI IN TEXAS BELIEVED HER AS THEY BROUGHT NO CHARGES
IN TEXAS. THE INMATE INFORMANTS ALL TOLD A DIFFERENT STORY
ON THE WITNESS STAND, YOU CAN TELL THAT THEY HAD BEEN COACHED.
PERFORM A POLYGRAPGH TEST. ASSISTANT ATTORNEY SCRUGGS SAID AT
ELLIS' SENTENCE WHILE HE WAS TESTIFYING LIES THAT THIS CASE
PERSONALLY AFFECTED HIM, WHICH MEANS THAT HE SHOULD HAVE RECUSED
HIMSLEF INSTEAD OF CONSTANTLY TRYIGN TO FIND EVERY WHICH WAY
THAT HE CAN TO HARRASS ELLIS, SUCH AS TRYIGN TO ADD A SAM AGENT
TO A SENTENCE 14 MONTHS AFTER THE FACT AND WITH NO GROUNDS AS
ELLIS HAS VIOLATED NO BUREAU OF PRISON RULES AND HE IS UTILIZING

2

A CONSECUTIVE SENTENCE. IF HE WANTED TO USE THE CONSECUTIVE SENTENCE TO MODIFY MY CURRENT SENTENCE THEN HE NEEDS TO BRING ELLIS BACK TO COURT AND RESENTENCE HER AS A CONCURRENT SENTENCE INSTEAD OF A CONSECUTIVE SENTENCE. THE CONSECUTIVE SENTENCE IS AN ILLEGAL SENTENCE ANYHOW BECAUSE THE SUPERSEDING INDICTMENT WAS ISSUED 54 DAYS AFTER THE INITIAL INDICTMENT WITH DIFFERENT CHARGES. CHECK THE COURT DOCKET AND YOU WILL SEE CHARGES OF MURDER RACKETEERIGN THAT WERE NEVER DISMISSED AND NEVER TAKEN TO TRIAL FOR. THIS IS WHAT THEY INITIALLY WANTED TO ENTRAP ELLIS FOR, CHARGES FOR MURDER FOR HIRE. THEY CHARGED ELLIS ON THE SUPERSEDING INDICTMENT WITH INTERSTATE COMMERCE TO COMMIT A CRIME, WHEN ELLIS WAS INCARCERATED AT THE PINELLAS COUNTY JAIL, SO NOTHING OF VALUE CROSSED STATE LINES. THE MONEY THAT ELLIS' DAUGHTER WAS GOING TO PICK UP FOR HER OVER DUE COLLEGE TUITION WAS PROVIDED AS SEED MONEY BY THE FBI IN AUSTIN TEXAS, SO NOTHING OF VALUE CROSSED STATE LINES, ELLIS' FORMER ATTORNEY WAS INEFFECTIVE FOR NOT REQUESTING THAT THESE CHARGES BE DISMISSED AS WELL AS INEFFECTIVE FOR ACCEPTING THE ERRONEOUS INFORMATION AS TO WHY THEY WOULD NOT DISMISS THE BOGUS SUPERSEDING INDICTMENT. THIS ONLY HAPPENS IN CASES PERTAINING TO BLACK WOMEN OR MEN. I GUARANTEE THAT IT DOES NOT HAPPEN IN CASES DEALING WITH WHITE PEOPLE AS IN THE CASE HERE OF DANA JEWASAK, SHE RECEIVED 6 MONTHS IN PRISON AND THEN 6 MONTHS TO A HALF WAY HOUSE. MY DAUGHTER KENIETTA JOHNSON, NEVER HAD A CRIMINAL RECORD, AND THEY GAVE HER 36 MONTHS, WHEN SHE IS A COLLEGE GRADUATE, HAD A PROFESSIONAL JOB AND A PROFESSIONAL HUSBAND AND ONLY TIED UP IN THIS CASE, BECAUSE THEY WANTED HER MOTHER TO BEND. ASSISTANT ATTORNEY SCRUGGS AND HIS ASSOCIATES

HAVE LIED FROM START TO FINISH IN ELLIS' CASE AND COVERED UP EVIDENCE AND LIED IN STATEMENTS. LOOK AT ELLIS ORIGINAL BANK STATEMENTS INT HE INITIAL DISCOVERY AND YOU WILL SEE THAT LESS THEN $135,000 WENT THROUGH ELLIS' CITIBANK ACCOUNTS AS BAD FUNDS UNKNOWING TO ELLIS WHICH WERE CONTRIBUTED TO THERIOT, CUSAMANO AND HART. THEY AGGRAVATED A BANK STATEMNT WITH ALL OF THE CO_CONSPIRATORS WRONG DOINGS AND USED IT AGAINST ELLIS AT THE LOSS HEARING SO THAT THEY COULD FORFEIT ELLIS' BELONGINGS THAT ARE ALL MOSTLY IN DIVORCE DECREES, SO SHOWS THAT ELLIS HAVE OWNED THE BUILDINGS AND MATERIAL PROPERTY LONG BEFORE THESE AFRICANS AHOWING UP AT HER BUSINESS AS SUPPOSED LEGITIMATE BUSINESS MEN. ELLIS DID ALL THAT SHE WAS SUPPOSE TO DO, SHE HAD A BUSINESS ATTORNEY AND A COMPLIANCE OFFICER AS ALL BUSINESS PEOPLE IN THE PRIVATE PLACEMENT TRADING BUSINESS. AGAIN, IF ELLIS HAD BEEN A WHITE BUSINESS OWNER INSTEAD OF A BLACK ONE, NONE OF THIS WOULD HAVE HAPPENED. ELLIS ENDED UP IN PRISON WITH 2 LIFE SENTENCES FOR LESS THEN $135,000 GOING THROUGH HER BUSINESS ACCOUNT AT CITIBANK AND IN WHICH SHE WAS VICTIMIZED. THE JUDGE WENT INTO THE JURY DELIBERATION ROOM WHILE THE JURY WAS DELIBERATING BECAUSE ALL 30 OF THEIR WITNESSES TESTIFIED IN ELLIS DEFENSE. HOW DID THEY GET A GUILTY VERDICT? ELLIS WAS IN A RACIST DISTRICT IN WHICH SHE HAD NEVER BEEN BEFORE NOT IN FRONT OF HER PEERS , NO BLACKS ON THE JURY AND AGAIN ALL THAT THE ASSISTANT ATTORNEY FOR THE MIDDLE DISTRICT OF FLORIDA IS DOING NOW IS TRYING TO UTILIZE A CRIME IN WHICH HE AND HIS ASSOCIATES ENTRAPPED ELLIS FOR IN ORDER TO ALLEVIATE ELLIS

FROM HAVING CONTACT WITH HER FRIENDS AND FAMILY MEMBERS, WHEN ELLIS IS MERELY SERVING A CURRENT SENTENCE OF CONSPIRACY TO MONEY LAUNDERING AND WIRE FRAUD AND MAIL FRAUD CONSPIRACY IN WHICH ELLIS WAS VICTIMIZED BY THE NIGERIAN MEN IN CANADA AND HAD ONLY KNOWN THEM FOR LESS THEN 6 MONTHS BEFORE THESE CHARGES WERE BROUGHT AND THEN ASSIATNT ATTORNEY SCRUGGS AND FORMER ASSISTANT ATTORNEY ERIC GERARD AND AGENT DEVIN WILLIAMS UTILIZED UNDER COVER INMATE INFORMANTS TO ENTRAP ELLIS FOR ANOTHER CRIME WHILE IN THE COUNTY JAIL FOR RETALIATING AGAINST WITNESS. THEY KNOW THAT ELLIS WAS INNOCENT AND FIGHTING VIGOROUSLY FOR HER FREEDOM, SO THIS WAS THEIR WAY OF CONTINUING TO VICTIMIZE ELLIS AND PREJUDICE HER TO HER FAMILY AND COMMUNITY, AS THEY LIED GRAVELY IN THE NEWSPAPERS FOR A CRIME IN WHICH ELLIS WAS NOT CHRAGED FOR. ELLIS CURRENTLY HAVE AN APPEAL BEFORE THE 11TH CIRCUIT COURT AND WOULD LIKE THE COURT TO ISSUE A TEMPORARY RESTRAINING ORDER TO STOP THE MIDDLE DISTRICT OF FLORIDA FROM REQUESTING THE FEDERAL BUREAU OF PRISONS TO ADD A SAM AGENT TO ELLIS" SENTENCE 15 MONTHS INTO ELLIS SENTENCE FOR A SENTENCE THAT DOES NOT BEGIN FOR ANOTHER 36 YEARS BECAUSE IT IS TO BE RAN CONSECUTIVE TO THE CASE THAT ELLIS IS CURRENTLY SERVING. ELLIS HAS NOT HAD ANY CONDUCT PROBLEMS WHILE IN THE FEDERAL BUREAU OF PRISONS, SO HAVE DONE NOTHING TO WARRANT SUCH AN AGGRESSIVE MOVE BY THE MIDDLE DISTRICT OF FLORIDA AND THE FEDERAL BUREAU OF PRISONS. THIS IS ALSO ALTERING/MODIFYING A FINAL JUDGEMENT WHICH IS UNCONSTITUTIONAL 18 USC 3553 STATES THAT A FINAL JUDGEMENT SHOULD NOT BE ALTERED OR MODIFIED AND ESPECIALLY BY THE FEDERAL BUREAU OF PRISONS, SEE ALSO DRESS v. DOC. ELLIS WAS LOCKED DOWN IN SOLITARY CONFINEMENT FOR A TOTAL OF 7 MONTHS CONTINUOUSLY WITH CLEAR CONDUCT AND DID

HAVE ACCESS TO HER FAMILY MEMBERS OR FRIENDS OR ANY OTHER OUTSIDE SOURCES FOR 3.5 MONTHS CONSECUTIVELY WITH CLEAR CONDUCT. I WAS TREATED LIKE A DOG IN A KENNEL. AGAIN THIS IS WITH CLEAR CONDUCT. MY MOM'S SISTER DIED ON MAY 12TH 2019., AND I FOUDN OUT ABOUT IT 8/15/2019, WHEN THEY FINALLY ALLOWED ME TO START RECEIVING US POSTAL MAIL AGAIN. I HAD NTO HEARD FROM ANY OF MY FAMILY AND THEY WERE CALLIGN HERE AND THEY WOULD NOT TELL THEM ANYTHING, MY SISTER DID NTO KNOW IF I WAS DEAD OR ALIVE AND MY 21 YEAR OLD DAUGHTER IS SUFFERING FROM DEPRESSION RIGHT TODAY BECAUSE OF NOT HEARING FROM HER MOM FOR ALMOST 4 MONTHS STRAIGHT. FIRST TIME SINCE HER MOM WAS INCARCERATED AND FIGHTING THIS UNGODLY CASE ALMOST 4 years ago. I CAME TO FMC CARSWELL FROM SFF HAZELTON TO ATTEND THE LCP PROGRAM, ( LIFE CHANGING PROGRAM ) ONCE I ARRIVED TWO WEEKS LATER, ELLIS WAS THROWN INTO THE SOLITARY CONFINEMENT UNIT FOR 98 DAYS UNDER ADMINISTRATIVE SEGRAGATION, AND THEN RELOCATED TO A SUPERMAX PRISON WHERE AGAIN WAS LOCKED DOWN FOR OVER 90 DAYS ON LEVEL 5 FOR YOUR MOST DANGEROUS CRIMINALS 23/24 HOURS PER DAY FOR 90 PLUS DAYS WITH ABSOLUTELY NO COMMUNICATION WITH THE OUTSIDE WORLD COLD TURKEY. THEY DID NOT GIVE ME OR MY FAMILY WARNING THAT WE COULD NOT COMMUNICATE, AND THE GUARDS WALKED AROUND LAUGHING ABOUT IT AS THOUGH IT WAS FUNNY, AND THE STAFF WOULD AVOID ME LIKE THE PLAGUE. I HAD NO EMAIL, NO VISITS, NO MAIL AND NO TELEPHONE ACCESS. TODAY I ONLY HAVE ACCESS TO REGULAR MAIL I THINK. SOME DAYS I GET MAIL AND OTHER DAYS, I DONT AND MY DAUGHTER WHOM WAS CONVICTED ON THIS CASE IS AT BRYAN, (1ST TIME EVER IN TROUBLE) AND ALL OF A SUDDEN HER LETTERS ARE GOING BACK TO HER, AND MY BABY DAUGHTER'S LETTERS ARE NOT GETTING THROUGH WHATSOEVER. AGAIN, ALL OF THIS WITH CLEAR CONDUCT. I AM RESPECTFULLY

REQUESTING THE COURT FOR ASSISTANCE UNDER SANDIN v. CONNOR, AS
I CAME FROM A REGULAR PRISON ATMOSPHERE, WHERE I WAS OUT ON THE
OPEN COMPOUND, I TUTORED ADVANCED MATH AT HAZELTON AND WORKED
FOR THE LIEUTENANT'S OFFICE AT THE BEAUTY SALON AND WAS OFFERED
TWO JOBS ON THE OPEN COMPUND HERE BY MS STEGALL AS A SUPPLY
CLERK AT THE LIEUTENANT'S OFFICE AND AS A CLERK AT THE LAW LIBRAY
BY MS FLEMMING. I WAS IN SHOCK WHEN THEY PUT ME IN SOLITARY
CONFINEMENT AND ALMOST DIED. I HAD GOTTEN DOWN IN WEIGHT TO
115 POUNDS AND I AM 5'6 AND NORMALLY WEIGHT IS ABOUT 135-138.
HERE IN THE SUPERMAX PRISON, I AM LOCKED DOWN 24 HOURS PER DAY
AND HERE WITH 7 OTHER LADIES. THEY NOW LET ME OUT OF MY CELL
AS OF TWO WEEKS AGO FROM 6:30 am TIL 3:45 pm, THEN LOCK ME BACK
DOWN FOR THE REST OF THE EVENING . I HAVE NO VISITATION FROM MY
FAMILY AND NO ACCESS TO EMAIL AND HAVE USED THE TELEPHONE ONCE
AFTER MY AUNT DIED ( well after the 3 month that I heard about it
in August when she died in May) I WAS ALLOWED TO USE THE PHONE
FOR LESS THEN 5 MINUTES. I AM PRAYING UPON THE COURT TO PLEASE
ISSUE A TEMPORARY RESTRAINING ORDER TO STOP THE SAM AGENT AND RESTORE
MY EMAIL, VISITATION AND TELEPHONE ACCESS UNTIL MY APPEAL IS DECIDED
BY THE 11th CIRCUIT COURT OF APPEALS, WHICH IS NOW PENDING. THE
BRIEF HAS BEEN SUBMITTED. AGAIN, ELLIS HAVE CLEAR CONDUCT WITHIN
THE BUREAU OF PRISON AND THER IS NO REASON FOR ELLIS TO BE IN
A SUPERMAX PRISON OR HAVE FAMILY VISITATION,. MAIL, EMAIL, AND
TELEPHONE ACCESS TAKEN AWAY. MOST OF MY CONTACTS ARE ALL FAMILY
MEMBERS.
Ellis has a liberty interest and constitutional law violations
as well as violations relation to Sandin v. Connor

# ANOTHER GROUND WHY COURT SHOULD GRANT THE
# TEMPORARY RESTRAINING
# ORDER

ELLIS IS AWAITING THE APPEAL ALSO FOR THE 2ND CASE 8:16-cr-00502-JSM_AEP IN WHICH THE GOVERNEMENT IS UTILIZING TO SEEK A SAM ORDER. THE GOVERNMENT ISSUED A SUPERSEDING INDICTMENT 54 DAYS AFTER THE ORIGINAL INDICTMENT WITH NEW CHARGES AND NEVER DROPPED THE CHARGES OF THE ORIGINAL COMPLAINT FOR MURDER RACKETEERING. THE US GOVERNMENT VIOLATED THE SPEEDY TRIAL ACT 18 U.S.C 3161 WHICH STATES THAT A SUPERSEDING INDICTMENT MUST ISSUE WITHIN 30 DAYS OF THE ORIGINAL INDICTMENT. MY ATTORNEY ANGELA WRIGHT HAS AN APPEAL IN AND ELLIS RECENTLY SUBMITTED ANOTHER MOTION TO DISMISS BASED UPON FURTHER RESEARCH THAT THE CASE LAW THAT THE US GOVERNMENT USED TO RATION THE REASON THAT IT WAS OK TO ISSUE THE SUPERSEDING INDICTMENT 54 DAYS LATER IS IRRELEVANT TO ELLIS CASE OR THE SPEEDY TRIAL ACT. IN UNITED STATES v. MOSQUERA, HE HAD GONE TO COURT AND RECEIVED A HUNG JURY. ELLIS WAS INCARCERATED AND NEVER LET OUT ON BAIL SO THEY ISSUED A COMPLAINT AND HAD 30 DAYS FROM THE ISSUANCE OF THE COMPLAINT TO ISSUE AN INDICTMENT AND THEY DID AND WOULD HAVE HAD ANOTHER 30 DAYS TO ISSUE A SUPERSEDING INDICTMENT NOT THE 54 DAYS THAT THEY USED. THE SECOND CASE THAT THE US ATTORNEY PATRICK SCRUGGS IS UTILIZING TO SEEK THE SAM ORDER SHOULD BE SET ASIDE AND VACATED BASED UPON THE VIOLATION OF THE SPEEDY TRIAL ACT 18 USC 3161.

THE GOVERNMENT SHOULD BE HELD ACCOUNTABLE AND BINDED BY THE LAWS AS WELL AS THE CITIZENS, ESPECIALLY FOR A PERSON WHO IS INCARCERATED AND WAS REFUSED BAIL EQUATING TO CRUEL AND UNUSUAL PUNISHMENT

8

VIA THE EIGHTH AMENDMENT SINCE ELLIS REQUESTED A SPEEDY TRIAL AT
THE INITIAL ARRAIGNMENT. THE GOVERNMENT CANNOT CONTINUE TO GET
A FREE PASS. THROUGHOUT THE CONTINUED PHONY SET UP AND ENTRAPMENT
CHARGES, THE US GOVERNMENT HAS NOT BEEN HELD ACCOUNTABLE FOR
THEIR MALICIOUS BEHAVIOUR AND IF YOU CHECK SENTENCING TRANSCRIPTS
ASSISTANT US ATTORNEY PATRICK SCRUGGS WENT OVERBOARD LYING THAT
ELLIS HAD TRIED TO KILL A 9 YEAR ODL GIRL, BUT ELLIS WAS NOT ON
TRIAL FOR SUCH AND TESTIFYING THAT THIS CASE PERSONALLY AFFECTED
HIM, WHICH MEANS THAT HE SHOULD HAVE REQUESTED TO RECUSE HIMSELF,
YET HE IS STILL THERE PREJUDICING ELLIS AGAIN AND AGAIN. THE COURT
HAVE CONTINUOUSLY ALLOWED THE GOVERNMENT TO EVADE THE LAWS, AS THOUGH
THEY ARE ABOVE THEM. 18 U.S.C. 3161 STATES THAT A SUPERSEDING
INDICTMENT SHALL BE ISSUED WITHIN 30 DAYS OF THE ORIGINAL INDICT_
MENT AND ELLIS BEING INCARCERATED HAS NO EFFECT ON THE LAW AND
AGAIN THE CASE LAW USED BY FORMER ASSISTANT US ATTORNEY ERIC GERARD
HAS NO BEARING ON THE LAW AND SHAME ON ELLIS' FORMER ATTORNEY
BRUNVAND FOR NOT APPEALING TO THE APPEALLATE COURT ONCE IT WAS
INITIALLY DENIED BY JUDGE JAMES MOODY IN THE MIDDLE DISTRICT OF
FLORIDA, AND SHAME ONT HE JUDGE AS HE HAS ALL OF THE LEGAL AIDES
THERE TO ASSIT HIM WITH THE LAW AND LEGAL RESEARCH AND KNOWS THAT
THE CASE OF UNITED STATES v. MOSQUERA HAS NO RELEVANCE TO THE
UNITED STATES GOVERNMENT NOT FILING THEIR SUPERSEDING INDICTMENT
IN A TIMELY MANNER, AND IT ALLOWED THE US GOVERNMETN TO AGAIN
SIDE STEP THE LAW AND DO THINGS THEIR WAY INSTEAD OF THE LEGAL
WAY. THIS IS WHY AMERICA HAS LOST AN ABUNDANCE OF TRUST IN THE
U.S JUSTICE SYSTEM BECAUSE OF SUCH ACTIONS. PLEASE DISMISS THE
SUPERSEDING INDICTMENT PER 18 U.S.C 3161, THE LAW IS THE LAW FOR
ALL CITIZENS, NOT SOME AND NOT WHEN IT IS CONVENIENT FOR THE

U.S. GOVERNMENT OFFICIALS. PLEASE ISSUE THE RESTRAINING ORDER AND DEMAND THAT THE FEDERAL BUREAU OF PRISON RE_INSTATE ELLIS' EMAIL, TELEPHONE, VISITATION FOR HER FAMILY MEMBERS. PLEASE U HONOR DO NOT ALLOW THEM TO CONTINUE TO VICTIMZE ELLIS OVER AND OVER AGAIN. ELLIS CONTINUES TO BE PREJUDICED THROUGH OUT THESE PROCEEDINGS AND ALLOWING A SAM ORDER FOR A CASE THAT WOULD NOT START FOR ANOTHER 36 YEARS IS DOUBLE JEOPARDY FOR SURE AND A VIOLATION OF THE 5TH AMENDMENT OF THE U.S CONSTITUTION.
IT IS NOT GOOD TO BE PARTIAL TO THE WICKED OR TO DEPRIVE THE INNOCENT OF JUSTICE.
THANK YOU U HONOR.

10

RELIEF REQUESTED:

1. A TEMPORARY RESTRAINING ORDER ISSUED TO STOP THE FEDERAL BUREAU OF PRISONS FROM UTILIZING THE UNLAWFUL SAM

2. Demand that the SAM order be vacated as unlawful, as it is NOT a part of Ellis' Final sentence judgement and Ellis did not receive Due Process. Ellis has clear conduct the entire time in the FBOP

3. DEMAND THAT THE FEDERAL BUREAU OF PRISONS RESTORE ELLIS' EMAIL, US POSTAL MAIL, VISITATION FACE TO FACE WITH FAMILY AND FRIENDS AND RESTORE TELEPHONE FULL MINUTES AS WELL AS AUTHORIZE TO SEND MAIL OUT VIA LEGAL MAIL FOR THE COURTS AND GOVERNEMNT AGENCIES FOR COMPLAINTS AND REDRESS

4. DEMAND THAT ELLIS CONTACT WITH THE MEDIA PER HER 1ST AMENDMENT RIGHT OF THE US CONSTITUTION BE RESTORED

5. DEMAND THAT THE FEDERAL BUREAU OF PRISONS RESTORE VISITATION RIGHTS TO VICTORIA ELLIS ( PRISCILLA ELLIS" YOUNGER DAUGHTER) as she has NO criminal history, and works and attend college in San Marcos

6. Demand that the FMC-Carswell relocate Ellis back to the Main compound and out of the Administrative Segregation Unit, per the First Step Act of 2018 signed by President Trump that all inmates when possible would be relocated to within 500 miles of their residence to maintain Family and friends ties and Ellis, Priscilla was sent after death threats at Hazelton, SFF WV to FMC-Carswell to Program and to be closer to her residence of Killeen, Texas which is about 2 hours South of Fort Worth and FMC-Carswell.
President Trump signed his law after Ellis final sentence and this superseded any recommendations in sentencing and based upon Ellis' good conduct, she was relocated.

7. ALERT THE STAFF BACK TO REALITY THAT THEY ARE VIOLATING THE ETHICS IN GOVERNMENT ACT AND THE RULE OF APPRENDI v. NEW JERSEY AND CANNOT BEND RULES AS THEY DEEM FIT AND OBTAIN UNLAWFUL ADDITIONS TO A SENTENCE OR ALTER/MODIFY A FINAL JUDGEMENT JUST BECAUSE OF A BIAS /RACIST PROSECUTOR ASKIGN THEM TO DO SO FOR HIS OWN PERSONAL SATISFACTION. THE FBOP IS NOT PART OF THE JUDICIARY BRANCH. AW COHEN KNEW THAT HIS COLLUSION WAS UNLAWFUL BECAUSE I DISCUSSED IT WITH HIM ON SEVERAL OCCASIONS. I AM AN HONORABLY DISCHARGED ARMY VETERAN AND SHOULD BE AFFORDED EQUAL RIGHTS UNDER THE SAME CONSITUTION THAT I TOOK AN OATH TO SERVE AND PROTECT. I HAD A CORRUPT DISTRICT JUDGE MERRYDAY THAT WENT INTO THE JURY DELIBERATION ROOM WHILE THEY WERE DELIBERATING, A CORRUPT AUSA PATRICK SCRUGGS THAT ENTRAPPED ME FOR A 2nd CASE OF WITNESS RETALIATION WHICH HE USED TO REQUEST THE SAM WHEN I AM NOT SERVING THAT SENTENCE YET AND NOW AT FMC_CARSWELL WITH CORRUPT STAFF.

8. MONETARY DAMAGES FOR MENTAL INJURIES AND PHYSICAL PUNITIVE DAMAGES IN THE AMOUNT OF $10 MILLION USD AND IT AGGREGATES to AN ADDITIONAL $1 MILLION DOLLARS EVERY 90 DAYS THAT THEY TRY TO STALL PROSECUTION OF THIS CASE.

9. APPOINT ATTORNEY

10. ANY OTHER RELIEF THAT MAY BE OFFERED/GRANTED TO PRISCILLA ELLIS BY THIS HONORABLE COURT UNDER RULES OF Civil Proc 60B and Beyond


Respectfully Submitted;

Respectfully Submitted;

*Priscilla A. Ellis*
PRISCILLA A. ELLIS
PRO-SE LITIGANT

*Priscilla A. Ellis*
PRISCILLA A. ELLIS
FEDERAL MEDICAL CENTER-CARSWELL
P.O. Box 27137
FT. WORTH, TEXAS 76127
03260-180 / Admin Unit

CERTIFICATE OF SERVICE

Mailed on 11-18-2019 from FMC-Carswell, it was returned on 12-6-2019 and re-mailed out on 12-9-2019 via SIS Mail receptacle allowed by the Unlawfully Applied SAM Order