IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PRISCILLA A. ELLIS, | § | |
| (Register # 03260-180) | § | |
| V. | § | CIVIL ACTION 4:20-CV-082-A |
| | § | |
| ERIC J. WILSON, Et Al. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by Plaintiff in this action be, and are hereby, DISMISSED.

SIGNED March 10th, 2020.

JOHN H. McBRYDE
United States District Judge