In The United States District Court
Northern District
Fort Worth, Texas

Priscilla A. Ellis
        Plaintiff

v.

Eric J. Wilson, et al.
        Defendants

Case No:  4:20-CV-82



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 25 2021

12:23 pm

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

MOTION TO REQUEST A TEMPORARY INJUNCTION & TEMPORARY RESTRAINING
ORDER
<u>EMERGENCY REQUEST FOR RELIEF WITHOUT FURTHER DELAY</u>

Plaintiff hereby comes before this honorable Court to request

Emergency relief for a Temporary Restraining Order and Preliminary

Injunction to STOP/HALT the SAM (Special Administration Measures)

enforcements that were not a part of Final sentence judgement, but

added on 19 months later by Malfeasant governemnt orchestrators

that violated Due Process and  under the 5th and 14th Amendments

of the United States COnstitution as well as other Constitutional

Violations as well as Racial Discrimination as PLaintiff will point

out within this pleading, as well as various attachemnts to assist

this honorable Court in their decision.

Introduction

COngress shall make no law (2020 U.S. DIST. LEXIS 2) respecting an
establishment of religion , or prohibiting the free exercise thereof;
or abridging the freedom of Speech, or of the press; or the right of
the people peaceably to assemble, and to petition the Government for
a redress of grievances.

- U.S. Const. amend I.

Page 1

This Constitution, and the laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State <u>to</u> the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and JUDICIAL OFFICERS, both of the United States and of the several States, shall be bound by Oath or Affirmation, <u>to</u> SUPPORT this Constitution; but no religious Test shall ever be required as qualification <u>to</u> any Office or Public Trust under the United States.

- U.S. Const. art VI

In ALL criminal prosecutions, the accused shall enjoy the right to a Speedy and Public Trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be INFORMED of the Nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

- U. S Const. amend VI

NO state shall make or ENFORCE any law which shall abridge the Privileges or immunities of CITIZENS of the United States; nor shall any STATE deprive any person of LIFE, LIBERTY, or PROPERTY, without DUE PROCESS (2020 U.S. DIST. LEXIS 3) of law; nor deny <u>to</u> any person within it's jurisdiction the EQUAL PROTECTION of <u>the</u> LAWS.

-U.S. Const. amend XIV

II  LEGAL STANDARD

A Preliminary Injunction is granted sparingly and in limited

circumstances where warranted such in this instant case, see

Microstrategy, Inc v. Motorola, Inc. 245 F. 3d 335 (4th Cir 2001) (citation ommitted)

To Qualify for a preliminary Injunction, the PLaintiff must

establish as outlined that she is likely to proceed and succeed on

the Merits. Winter, 555 U.S. at 20

A Party seeking a preliminary <u>Injunction</u>  must establish the

following elements; (1) a substantial liklihood of success on the

merits; (2) a substantial threat that plaintiff will suffer irreparable

harm if the Injunction is not granted; (3) that the threatened injury outweighs any damage that the injunction might cause the defendant; and (4) that the Injunction will not disserve the Public interest. Nichols v. Alcatel USA, Inc., 532 F. 3d 364, 372 (5th Cir 2008). "The Party seeking such relief must satisfy a cumulative burden of Proving each of the Four elements enumerated before a Temporary

restraining order or preliminary Injunction can be granted.' Gonannies Inc. v. GoAuPair.com, Inc., 464 F. Supp. 2d 603, 607 (n.D. Tex 2006) (citing Mississippi Power and Light Co., v. United Gas Pipe Line, 760 F. 2d 618, 621 (5th Cir 1985); Clark v. Prichard, 812 F. 2d 991, 993 (5th Cir 1987)

A Preliminary Injunction is an extraordinary relief/remedy and should only be granted if the Plaintiff has clearly carried the burden of Pursuasion on the requirements, Neverthe less, a Plaintiff is NOT required to prove their case in full at a preliminary Injunction hearing. "Fed. Sav. & Loan Ins. Corp. v. Dixon, 835 F. 2d 554, 558 (5th Cir. 1985) (quoting Univ. of Tex. v Camenisch, 451 U.S. 390, 395, 101 S. Ct. 1830, 68 L. Ed. 2d 175 (1981).

The decision as whether to grant a preliminary Injunction lies within the sound discretion of the District Court. Weinberger v. Romero-Barcelo, 456 U.S. 305, 320, 102 S. Ct. 1798, 72 L. Ed. 2d 91 (1982)

The Court must establish /consider 3 factors " whether the Plaintiff is likely to suffer irreparable harm in absence of Preliminary Relief, Plaintiff will consider to sudfer as seh has this past year, not being allowed to talk with younger daughter who went from Private school to A college scholarshipp to NOW abusing alcohol because she does not have her mom in her life at age 22 that is detrimental and not being allowed to reach out to many distributors, tax agencies and collect other evidence to assist in proving innocense as a victim because the unlawfully applied SAm restricts access to only 6 individuals and the US District Courts, but has returned mail as recently as 1-4-2021 to the US District Court Clerk in Bell County , Texas stating they are not on the list.

(2) that the balance of equities tip in PLaintiff's favor as in this case, the unlawfully applied SAm was not a part of the Final sentnece Judgement but a product of a Malfeasant collusion of Government employees and Prosecutor Patrick Scruggs being racially discriminatory.

3(3) that an Injunction is in the Public Interest. " ID (quoting
Winter, 555 U.S. at 20); see also Centrotepe Yac, 722 F. 3d at 188
(applying the Standard fro Preliminary Injunctions set forth in
Winter).

To establish irreparable Harm, the PLaintiff must make a CLEAR

showing that she will continue to suffer harm that is neither

remote nor speculative, but actual  such as in this case.  A Child

cannot be replaced, nor can mental challenges always be corrected

regardless of the amount of lengthy therapy/psychology, neither

can rights that you have been deprived be immediately restored as

there is no replacing the past.  Yesterday cannot be given back

to anyone, it is forever gone.

Reason of Irreparable Harm for Injunction

1.  The unlawfully applied SAM was atatched to PLaintiff 19 months
after FINAL sentence Judgement at ehte request of the Middle
District of Florida Prosecutor Patrick Scruggs and the Malfeasant
FBI AGent Devin Williams from the Middle District of FLorida
instructing the FMC-Carswell staff Unit Manager Cottrell and SIS to
request that the South Central Regional Acting Director AUTHORIZE
a SAM ( Special Administrative Measure to the then Attorney General
Barr with lies that are not a part of any Indictment nor a conviction
that Plaintiff was convicted for.

NONE of the above are above the LAW or Judicial system nor
can they change laws within the United States Constituion to
benefit their preferences or Malfeasance to cover up their
unlawful convictions, using plaintiff as a scapegoat for a crime
of others because they saw her assets as a BLACK woman in Business.

2.  An Attorney General cannot deny Due Process nor alter a Final
Judgement without goign through a Court of Law, THe SAM is NOT
a part of Final sentence Judgement

3.  Plaintiff was NOT given Due Process or an opportunity to meet
with an attorney or an opportunity to reach out to an attorney for
assistance prior to them attaching the SAM and putting Plaintiff
in a SuperMAX prison for the World's most dangerous criminals,
until recently Plaintiff was in ADMIN with the death row inmate
Lisa Montgomery when Plaintiff as an innocent victim has white
collar crimes.

Only Congress has the right under Section 5 to ENFORCE , by
appropriate legislation, the provisions of the laws withint the
United States COnsittution.  Denying due process is not a change
made by Congress.

4. Plaintiff has a 5th Amend of the United States Constitution
for Double Jeiparday which is an irreparable Harm, because again
you cannot get back yesterday, it is forever gone.  You cannot
get back special memories or moments with children, veteran freidns
and Family memebrs.  You cannot restore lost health due to
distress consistently for over multiple years now.

All of this causes irreparble Harm, especially to see a child from
a Mother's point of view of them going from an excellent student
in Private school that received a college scholarship to now
not in college and abusing alcohol because their mom was sudden;ly
ripped from them, and as a yougn lady with no moral guidance at
22 years old.  She needs her mother , even speaking on the telephone
is betetr then her not being in your life at all. You ONLY have
1 mother, and when she is gone, she is gone, it's almost as though
her mom has died, being denied the right to speak or visit with
her for no obscene reason , other then the malfeasant prosecutor and
FBI agent being racially discriminitive and judicaally disparative.

5. Plaintiff is currently in the Veterans Court for Disability Claims
which has been an ongoing process for severl years since (2012) prior
to Plaintiff's arrest and the FMC-Carswell keeps returning mail to
the lawyers that the Veterans Court sends to assist in the case
because of the unlawfully applied SAM.  ( Not being on the List)
Plaintiff has 1 (one ) Opportunity witht he Veterans Claim's Court
to resolve Disabilities that occurred during Active Military Service.
These resolutions takes years to get to a stage where they are
currently and it is absolutely necessary fro Plaintiff to speak
with the Veteran Lawyers and faculties that can assist in the
resolution of the Claims.

Not allowing the Injunction would further Pro-long the inevitable
and cause a denial of Veteran's benefits for PLaintiff that Honorably
served her Country and Supported Military Spouses for well over
25 years.

6. Plaintiff cannot assist in gathering the necessary documentation
needed to assist in proving her inndoense as a victim, which is
what the Malfeasant Prosecutor and FBI Agent's intent is.  PLaintiff
needs to be able to reach out to her bank for bank statements, Her
Business Inventory Distributors and Sales Reps to gather documentation
adn invoices and reach out to local Tax Officials in Bell County
Texas as well as other various agencies and cannot do with the
unlawfully attached SAM, that is NOT a Part of FINAL Sentence
Judgement causing a Double Jeopardy sentence.

7. Not allowing the Injunction will continue to cause further
Racial Discrimination and disparities in the Criminal Justice
System that is suppose to be equally applied for ALL regardless of
the Color or Gender.  No White Person would have been unlawfully
treated with such Malice and brutal dis regard for the Equality
Under the US Constitution as Plaintiff has been treated, being a Black
woman, Honorably Dischargedf Army Veteran that wore the Uniform to
protect the same laws that are being ignored and deflected from her
sadly.

A SAM ( Special Administrative Measure) is for Individuals that
are charged with Espionage against the United States or Terrorists
Acts against the Government or Other Organizations, in which
Plaintiff has not been indicted nor charged or convicted of
neither.

A Sam is suppose to also be a part of the Final sentence Judgement
or Pleas Agreements.  Such as see

United States v. Ana Benel Montes  ( Currently at FMC Carswell) A
Sam was a part of her sentenceing Plea Agreement due to Espionage

( White Hispanic from Puerto Rico)

See United States v. Aafia Siddiqui #90279054 convicted of Terrorism
against the United States Officials and Afghans.. was sentenced to
86 years  NO SAM  ( Pakistan U.s. Citizen)  at FMC-Carswell
Lisa Montgomery #11072-031 on death Row for Murder (White) NO SAM
See United States vs. Susan Anderson # 63070037 Convicted of
Murder for Hire of someone to kill nieces husband for beating her
White Caucasian... Has NO SAM

Nikki English #33513-058 United States vs Nikki English
Convicted of Money Laundering
White Caucasian  NO SAM

See the Racial disparities?  Plaintiff is charged with
as an innocent victim out of her venue for white collar crimes
as a result of other's actions, so why did the Middle District
of Florida commit Malfeasance and violate the 14th Amendment to
add a SAM 19 months after final sentence judgement?   To Eliminate
Plaintiff from acquiring the necessary docuemtns needed to provide
to the courts as evidence to show that seh is an innocent victim
that was unlawfully prosecuted out of her Home Sattes of Texas
unlawfully vilating Article III 2. cl 3 of the United States
Constitution.

The Law is well established, Delay in seeking a remedy is an
important Factor bearing on the Need for an Injunction and
Temporary relief awaiting the Court to decide the final
outcome of the merits of the case to alleviate further irreparable
injury and Harm.

The Court must look also at the Governments delay tactics or
mischief in adding the SAM 19 months after FInal Judgement as
Oppressive Id also see United States v. Bishop, 629 F. 3d 462
(466) ( 5th Cir 2010) Citing United States v. Byrd, 31 F. 3d
1329, 1339 (5th Cir 1994)

Post Indictment claims or unconstitutional delays are a
violation of the Sixth Amend and the Speedy Trial Act as well
as the Fourteenth Amend denying Due Process.  See United States
v. Lovasco, 431 U.S. 703 97 S. Ct 2044, 52 L. Ed 2d 752 (1977)
citing United States v. Marion 404 U.S. 307 9 S Ct 455, 30 L. Ed
468 (1971)

Plaintiff is conssitently being irreparably harmed by not being
able to speak with Veteran friends and family, Not being able
to speak with 22 year old daughter to keep her molded and grounded
and ease the mental anguish and anxiety and down slope
deteriation, being denied the access to all Courts by utilizing
the mere fundamental right of hiring or soliciting for an attorney
to protect the legal interests of a PLaintiff that wore the UNiform
to serve the :Laws under the United States COnstitution to
have this right.

Plaintiff will be irreparably harned to not be allowed to speak
with attorneys to assist in completing the process of disability
claims through the Veterans Court in Washington D.C in whcih
the Clerk states that is is best to have an attorney to
represent my interest as the Veterans Administration will be
represented by an attorney.  You only have one chance to
resolve your Veterans Claims and it takes years to get to this
stage og the process.  This has been an ongoing process since
2012 or before.

A harm is irreparable if it cannot be fully rectified as in this
case, as you cannot get back yesterday, you cannot get back
Priceless memories with Fmaily and friends, and you cannot get
back the Freedoms that were unlawfully taken from you.

As for the Balance of equities and Public Interest Prongs, these

to factors merge when the Government is the (2020 U.S. DIST LEXIS
18) opposing party . Niken v. Holder 556, U.S. 418, 435, 129 S Ct
1749, 173 L. Ed. 26x66xx12X4x2  2d 550 (2009)

The Injunction is necessary to prevent further irreparable Harm
the status Quo while plaintiff is awaiting relief from the
pending Motions before the Courts.

See Pashby, 709 F. 3d at 319 .  Plaintiff is likely to suffer
irreparably harm in the absence of preliminary relief. "Winter,
555 U.S. at 20.  PLaintiff has been awaiting relief from the
Cpurts for over a year due to the Covid 19 slowing down pleadings
and do not know how much longer that it will take, so PLaintiff needs
Emergency relief through an injunction to stop the enforcements
of the unlawfully applied SAM that was attached 19 months after
the Final judgement violating Due Process under 14th, 5th and 6th
Amend. of hte US COnstitution.

Finally, the balance of equities will toppe in favor of the Plaintiff
and the Injunction will be in the Public's interest. "Winter, 555
U.S. at 20.  The last Merge when the Government is the opposing
Party " Guedes, 920 F. 3d at 10 ( quoting Nken, 556 U.S. at 435

In Apprendi v. New Jersey, 530 U.S. 466, 147 L. Ed. 2d 435, 120
S. Ct 2348 (2000) A sentence cannot be unlawfully delayed such
as adding a SAM 19 months after final Judgeemnt

Enhancing a Prisoner's sentence even with enhancements such as the Unlawful SAM is unlawful after a final sentence and un constitu tional.

See United Sattes v. Gaudin, 515 U.S. 506, 510, 115 S. Ct 2310

132 L. Ed 2d 182 (1993) and Jones v. United States, 526 U.S. at 252-53

Any fact that increases the penalty for a crime must be re-submitted before a Jury or a court of law such as the unlawfully applied SAM.  Not doing so violates Due Process of the 14th Amendement and causes a Double Jeopardy sentence under the 5th Amend of the U. S COnstitution.

Also see Gall v. United States 552, U.S. 38, 51, 128 S. Ct 586, 169 L. Ed 2d. 445 (2007)

Also see Hill v. Wampler, 298 U.S. 460, 80 L. Ed 1283, 56 S. Ct 760 (1936)

A Final Judgement says what it was meant to say and cannot be modified , such as the Government has done in this instant case.

A Change in matter of substance deviating from the original judgement

is VOID at the back end of the final judgement see Boyd v. Archer 42 F. 2d 43 (omitted) Being Void and merely irregular, it's nullity may be established  in filign a writ with the COurts in which Plaintiff has done.

People ex rel. Trainor v. Baker supra (omittedO. THe Prisoner

and it's detainment is on the veracity of the Final Judgeemnt; and sentence....see Biddle v. Shirley, 16 F. 2d 566, 567.

A SAM is NOT a part of Plaintiff's final sentence Judgeemnt.


Relief Requested:

Preliminary Temporary/Permanent Injunction to prevent the FMC-Carswell and US Government officials from enforcing the unlawfully applied SAM any further awaiting the decision from the 6ourts, and to prevent fruther irreparable Harm to Pl,aintiff, Plaintiff's 22 year  Old daughter, Plaintiff's Veterans Court Claims , and Plaintiff's abail;it to solicit for and hire an attorney of choice to assist in prioving Plaiontiff's Innocence as a Victim.


Respectfully )Reqaested and Submitted;

Priscilla A. Ellis
US Army Veteran, Pro-Se'                          Page 8

I

In The United States District Court
Northern District Of Texas
Fort Worth, Texas

Priscilla A. Ellis                    Case No: 4:20-CV-82
                                      Judge McBryde

v.

Eric J. Wilson, et al

ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING
ORDER

CIVIL ACTION NO: 4:20-CV-82

Upon Complaint, the supporting affidavits of Plaintiffs, and the
memorandum of law submitted herewith, it is:

ORDERED that defendants ( Eric J. Wilson, et al , The United
States Government Officials, Acting Attorney General Roaen and
Warden, FMC Carswell and others)

show cause at Courthouse in Fort Worth, Texas located at 501
W. Tenth St, Suite 310, Fort Worth, Texas 76102 on  or before
Wednesday, 27 January 2021.

Why a preliminary injunction should not issue pursuant to Rule
65(a) of the Federal Rules of Civil Procedure

enjoining the defendants, agents, employees and all others acting
in concert and participants with them from:  Enforcing the
unlawfully applied Sam attched to Plaintiff's final sentence
Judgement 19 months after final sentence violating Due Process
and without taking Plaintiff back before a Court of law or
appointing the assistance of an attorney or offering Plaintiff
Notice to solicit for and hire an attorney or provide a hearing
prior to assigning Plaintiff to the ADMIN Unit ( SuperMax) Prison
with Clear Conduct, a place for the World's most dangerous Prisoners.

IT IS Further ORDERED that effective immediately, and Pending
the hearing and determination of this Order to show cause, The
Defeddants Eric J. Wilson et al, Acting Attorney General Rosen,
FMC Carswell Warden M Carr and Other Government Employees and
Officials acting in concert  or participating witht hem will

Page 1

immediately Halt all enforcement efforts of the unlawfully
applied/attached Administrative Measure of Plaintiff that is NOT
a part of the Final sentence Judgeemnt violating 14th., 5th, and
6th Amedn. of the United States Constitution, or any other
enforcements that are not a part of a FINAL sentence Judgement
pertining to case 8:15-cr-00320-SDM-TGW-3 and 8:16-cr-00502-JSM-
TBM-1.

IT IS FURTHER ORDERED that the Order to show cause, and all other
papers atatched to this application, be served on the aforesaid
Defendants by  15 January 2021, or as soon as possible.


_____(Judge's Signature)



_____
Printed Name of Judge

Dated:_____
United States District Judge

## APPENDIX

| | |
|---|---|
| Exhibit J | Statement from Victoria Ellis<br>Same statement that was given to the<br>FBI Agents in Austin , Texas November<br>/October 2016 |
| | |
| Exhibit I | Docket #118 in case 8:16-cr-00502-JSM-TBM<br>Transcript of FBI Agent under OATH<br>stating that there is NO such RECORDING<br>of Plaintiff telling daughter to pay for<br>a murder for hire, which means that the<br>Indicted charges were made under Perjury<br>before the Grand Jury unlawfully Drawn<br>And NO evidence for such a charge of<br>Interstate Use of Commerce for Murder<br>for Hire nor Witness Retaliation |
| | |
| Exhibit K | Docket #34 , the Superseding Indictment<br>issued 117 days after final Initial<br>Indictment violating Speedy Trial and<br>Confirming that Plaintiff was NOT<br>Indicted for tryign to have a 9 Year<br>Old Murdered as the unlawfully applied<br>Special Adminstrative Measures STATES<br>FMC-Carswell along with the Middle<br>District of Florida falsified a write<br>up tot he Attorney General 19 months<br>AFTER FInal sentence Judgement to request<br>the unlawful SAM Attachment |
| | |
| Exhibit L | Proof of the FMC-Carswell returning<br>Mail fomm Legal Associates reaching opt<br>to PLaintiff |

Statement of the Case

## EXHIBIT J

SIGNED STATEMENT FROM VICTORIA ELLIS ATTESTING TO THE FACT
THAT PRISCILLA ELLIS NEVER ASKED HER TO PAY FOR A WITNESS
RETALIATION.

STATEMENT OF FACT

I, Victoria M. Ellis Attest under the Penalties of Perjury that October 2016, nor any other time, my Mother Priscilla Ann Ellis did not nor have ever asked or told me to Pay for a Murder for Hire to Anyone on her behalf.

_____          _____    Date: _19 Sep 20_
Victoria M. Ellis                   Victoria Willis
                                    Printed

EXHIBIT I

See Transcripts from the interrogation of the FBI Agent
by the prosecutor Eric Gerard and Attorney Bjorn Brunvand at
Initial arraignment. You see the difference in testimony and
see that Agent Rolf Gjertsen perjures himself throughout

See Page 25 --Attorney Bjorn Brunvand questioning FBI AGent
Gjertsen and on lines 19 and 20 asking him if Victoria Ellis
was a target in the investigation and see page 26 lines
1 through 12 where agent Rolf Gjertsen admits that Victoria Ellis
had no knowledge of being there to pay anyone for a Murder for
hire and admits that all of the recordings that he listened to
between Priscilla Ellis and her daughter Victoria Ellis there
was never a mention of a murder for Hire.

WHY DID ATTORNEY BJORN BRUNVAND NOT UTILZE THIS IN TRIAL COURT
THIS ALSO COULD HAVE HELPED TO EXONERATE PRISCILLA ELLIS

On page 7 lines 22 through 25 FBI AGent Gjertsen states the fact
of his testimony on this date are all true.... watch how it changes
he perjures himself when the prosecutor was questioning him
Above Agent Gjertsen states that Ellis' daughter knew nothing of
a murder for hire scheme but on page 13 prior to attorney Brunvand
questioning him on lines 23 through 25 Agent Gjertsen perjures
testimony stating that I directed daughter to give $1100 and a
$500 bonus.  He is lying because the recording between Martin an
Ellis stated that she would receive $1000 for printing a check
and $500 for delivering funds , nothing about a murder.  This
shows his entrapment.  The murder plot was suppose to be $800
per murder so why would there be $1,100 and a $500 bonus....

1

Special Agent Rolf Gjertsen - October 31, 2016    26
Cross-Examination by Mr. Brunvand

1    BY MR. BRUNVAND:

2    Q    Your affidavit indicates on page 7, footnote 3, that at

3    present there's no evidence that the daughter knows that the

4    money to be paid to the UCE is intended to pay for a murder

5    for hire scheme; is that fair?

6    A    That's what that says, yes.

7    Q    And so would it be fair then to say that of all the

8    conversations that you listened to between Priscilla Ellis

9    and her daughter, there was never at any time any discussion

10   whatsoever about a murder for hire scheme?

11   A    That's correct, there was no conversation between them

12   about it.

13            MR. BRUNVAND:  May I have a moment, Judge?

14            THE COURT:  You may.

15            MR. BRUNVAND:  I don't have any other questions.

16            THE COURT:  All right.  Any redirect?

17            MR. GERARD:  No, Your Honor.

18            THE COURT:  All right.  Thank you.

19            Agent, you may step down.

20            Any other witnesses?

21            MR. GERARD:  No, Your Honor.

22            THE COURT:  Mr. Brunvand, any witnesses?

23            MR. BRUNVAND:  No, Your Honor.

24            THE COURT:  All right.  Any argument,

25   Mr. Brunvand?

Special Agent Rolf Gjertsen - October 31, 2016    25
Cross-Examination by Mr. Brunvand

1  Defender's Office?

2  A    It is.

3  Q    And you are aware that he was present in court for

4  numerous days of the trial?

5  A    I do.  He represented another cooperating witness in

6  our case.

7  Q    And the other person who is also -- who you have not

8  interviewed but it's been suggested that maybe she had also

9  had these conversations with Ms. Ellis is represented by

10  Adam Allen or by his office?

11  A    His office.

12  Q    My understanding is Victoria Ellis, who is my client's

13  daughter, was detained briefly in Texas after the

14  transaction took place where the money was exchanged?

15  A    I believe that's the case.  I wasn't there, but

16  I believe they detained her briefly to get the money back

17  and then she voluntarily went to the Austin Police

18  Department to have an interview with those agents.

19  Q    And based on what you know at this time, having

20  listened to the recorded calls and also having been privy to

21  the interview of Victoria Ellis, she is not a target in this

22  investigation?

23        MR. GERARD:  Your Honor, I would object as this

24  goes beyond the scope of --

25        THE COURT:  Sustained.

*Exhibit I*

Finally, as you see from the Superseding Indictment, There as Ellis has consistently told the Court, are absolutely NO charges of Ellis, Priscilla trying to kill a 9 year old as the Agent Devin Williams and AUSA Patrick Scruggs has falsified documents to the COurts and attorney General's Office through the Acting Director of the FBOP to request that Ellis' sentence be altered/ modified by adding the unlawful SAM 19 months after final sentenc e Also the allegations were used at both sentnecing , as is verified by both sentancing transcripts attached.  A sentence according to Apprendi v. New Jersey, and Gall vs. United States and also 18 USC 3553, identically is suppose xto be based upon FACTUAL information that a person was indicted and convicted for, NOT allegations that you can use to hype a Judicial official or Jury to be on your side to make the defendant appear as a malicious vulgar person to further their corrupt agenda, of hiding the fact that they indicted Ellis unlawfully without VENUE from the inception in August 2015 and convicted Ellis outside of her VENUE based upon fabricated information of other's crimes to make themselves look as htough they had caught xix this person with lots of fraudulent fruits from a crime, but all they did was confiscate legitimate funds and assets and ruin the life of an innocent person.  See page 5 of the SUperseding Indictment and it attest what Victoria Ellis went to Subway to do was pick up funds NOT pay for a murder for hire, so the Prosecution admits here with the truth finally as well as see again Exhibit I, where the FBI Agent , Rolf Gjertsen also attest that there are NO recordings of Priscilla Ellis tellign Victoria Ellis to pay for a Murder for Hire.   THese FBI AGents and Ausa's deliberately fabricated a grotesque crime ( crimes) and ruined innocent lives and need to be held accountable.  This case conviction needs to be VACATED!

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO.  8:16-cr-502-T-30TBM

PRISCILLA ELLIS                          18 U.S.C. § 371
                                         18 U.S.C. § 1513(a)(1)(A)
                                         18 U.S.C. § 1958(a)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy – 18 U.S.C. § 371)

At times material to this Superseding Indictment:

### A.    Introduction

1.      Priscilla Ellis ("ELLIS") was incarcerated at the Pinellas County

Jail located in Largo, Florida, within the Middle District of Florida.   ELLIS

had been detained pending and during trial in case no. 8:15-cr-320-T-23TGW

in the United States District Court for the Middle District of Florida.   On or

about October 21, 2016, a federal jury found ELLIS and two co-conspirators

guilty of International Money Laundering Conspiracy and Wire Fraud

Conspiracy charges, in violation of Title 18, United States Code, Sections

1956 and 1349, respectively.   ELLIS maintained an AOL email account with

the email address vickentraders@aol.com, which was used, for among other purposes, to receive, maintain, and send counterfeit check images employed in the schemes charged in case no. 8:15-cr-320-T-23TGW.

2.    "O.O.," an unknown individual believed to be living in South Africa, acted as a counterfeiter for ELLIS and sent counterfeit check images to ELLIS's email address, vickentraders@aol.com, among others.  O.O. used the online aliases "Jboi," "Jamie Odus," and "Omotola Odus," among others, and the email addresses jboi_jmoney@yahoo.com, alexoomot@yahoo.co.za, and omotolaoduss@gmail.com, among others, to communicate with ELLIS and others.

3.    "J.A.," an unknown individual believed to be living in Nigeria, acted as a counterfeiter for ELLIS and sent counterfeit check images to ELLIS's email address, vickentraders@aol.com, among others.  J.A. used the online aliases "EV!L H@rT H4CK3RZ" and "EvIL H3@RT INC," among others, and the email addresses evilhart4@gmail.com and boutdbenjamins@yahoo.com, among others, to communicate with ELLIS and others.

4.    "A.M." was a resident of Texas and used the email address "ambo1990@gmail.com" to communicate with J.A. and others.

5.    "V.E." was a resident of Texas.

2

**B.**  **The Conspiracy**

6.     Beginning on an unknown date, but no later than in or about

October 2016, and continuing through on or about October 28, 2016, in the

Middle District of Florida and elsewhere,

PRISCILLA ELLIS,

the defendant herein, did knowingly and willfully combine, conspire,

confederate, and agree with others known and unknown to the Grand Jury to

knowingly make, utter, and possess a counterfeited and forged security of an

organization that operates in and the activities of which affect interstate and

foreign commerce, with the intent to deceive another person and organization,

in violation of Title 18, United States Code, Section 513(a).

**C.**  **Manner and Means of the Conspiracy**

7.     It was part of the conspiracy that the conspirators would, and

did, obtain electronic copies of cashier's checks and other checks purportedly

issued by or drawn on accounts held at various financial services

organizations, including Capital One, Citibank, Chase, and Travelers

Insurance, among others.

8.     It was further part of the conspiracy that ELLIS would, and did,

maintain counterfeit check images created and sent to her by O.O. and others

in her vickentraders@aol.com email account.

3

9.      It was further part of the conspiracy that ELLIS, while incarcerated, would, and did, direct J.A. and others to search for and retrieve electronic check images in ELLIS's vickentraders@aol.com email account.

10.      It was further part of the conspiracy that ELLIS would, and did, direct J.A. to create electronic counterfeit check images, including by altering electronic images of checks issued by or drawn on accounts held at Capital One, Citibank, Chase, Travelers Insurance, and others.

11.      It was further part of the conspiracy that ELLIS would, and did, direct J.A. to send counterfeit check images to others in the United States.

12.      It was further part of the conspiracy that ELLIS and other co-conspirators would, and did, direct the recipients of these altered checks to print counterfeit checks to be deposited or cashed at financial institutions in Texas and elsewhere.

13.      It was further part of the conspiracy that ELLIS would, and did, direct others to deliver proceeds of their fraudulent check scheme to V.E. for ELLIS's and V.E.'s benefit.

14.      It was further a part of the conspiracy that the conspirators would, and did, perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

4

## D.   Overt Acts

15.   In furtherance of the conspiracy, and to effect the objectives thereof, the following overt acts, among others, were committed in the Middle District of Florida and elsewhere:

a.   On or about October 27, 2016, ELLIS spoke with J.A. by telephone from the Pinellas County Jail and directed J.A. to create electronic images of counterfeit checks using electronic check images in ELLIS's vickentraders@aol.com email account.

b.   On or about October 27, 2016, J.A. emailed a set of electronic counterfeit check images to vickentraders@aol.com.

c.   On or about October 27, 2016, J.A. emailed a set of electronic counterfeit check images to A.M. for A.M. to print and cash.

d.   On or about October 28, 2016, V.E., acting at ELLIS's direction, travelled to a Subway restaurant located in San Marcos, Texas, to receive proceeds from counterfeit checks.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### (Retaliating Against a Witness - 18 U.S.C. § 1513(a)(1)(A))

1.   Paragraph 1 of Count One of this Superseding Indictment is realleged and incorporated as if set forth fully herein.

5

2.     "M.N." was a separately charged co-conspirator of ELLIS in the schemes charged in case no. 8:15-cr-320-T-23TGW.   M.N. pleaded guilty and cooperated in the prosecution of ELLIS.   M.N. was incarcerated at the Coleman Federal Correctional Complex in Wildwood, Florida, located within the Middle District of Florida.

3.     "F.N." was M.N.'s mother and resided in the Middle District of Florida.

4.     In or about October 2016, in the Middle District of Florida and elsewhere, the defendant,

PRISCILLA ELLIS,

did attempt to kill F.N. with the intent to retaliate against F.N.'s family member, M.N., for the attendance of M.N. as a witness in an official proceeding, case no. 8:15-cr-00320-SDM-TGW, held at the Tampa Division of the United States District Court for the Middle District of Florida.

All in violation of Title 18, United States Code, Section 1513(a)(1)(A).

## COUNT THREE
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire - 18 U.S.C. § 1958(a))

1.     Paragraph 1 of Count One and Paragraphs 2 and 3 of Count Two of this Superseding Indictment are realleged and incorporated as if set forth fully herein.

6

2.     In or about October 2016, in the Middle District of Florida and elsewhere, the defendant,

PRISCILLA ELLIS,

used, and caused another to use, a facility of interstate and foreign commerce, with the intent that the murder of F.N. be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

All in violation of Title 18, United States Code, Section 1958(a).

## COUNT FOUR
### (Retaliating Against a Witness - 18 U.S.C. § 1513(a)(1)(A))

1.     Paragraph 1 of Count One of this Superseding Indictment is realleged and incorporated as if set forth fully herein.

2.     "Z.M." was a resident of Texas and testified for the government in the trial of ELLIS in case no. 8:15-cr-320-T-23TGW.

3.     In or about October 2016, in the Middle District of Florida and elsewhere, the defendant,

PRISCILLA ELLIS,

did attempt to kill Z.M. with the intent to retaliate against Z.M. for the attendance of Z.M. as a witness in an official proceeding, case no. 8:15-cr-

7

00320-SDM-TGW, held at the Tampa Division of the United States District
Court for the Middle District of Florida.

All in violation of Title 18, United States Code, Section 1513(a)(1)(A).

## COUNT FIVE
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire - 18 U.S.C. § 1958(a))

1.      Paragraph 1 of Count One and Paragraph 2 of Count Four of this
Superseding Indictment are realleged and incorporated as if set forth fully
herein.

2.      In or about October 2016, in the Middle District of Florida and
elsewhere, the defendant,

### PRISCILLA ELLIS,

used, and caused another to use, a facility of interstate and foreign commerce,
with the intent that the murder of Z.M. be committed in violation of the laws
of any State and the United States as consideration for the receipt of, and as
consideration for a promise and agreement to pay, anything of pecuniary
value.

All in violation of Title 18, United States Code, Section 1958(a).

## FORFEITURE

1.      The allegations contained in Counts One through Five of this
Superseding Indictment are incorporated by reference for the purpose of

8

alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of a conspiracy to violate Title 18, United States Code, Section 513, in violation of Title 18, United States Code, Section 371, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.      Upon a conviction of a violation of Title 18, United States Code, Sections 1513 or 1958, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

9

e.     has been commingled with other property which cannot be

divided without difficulty, the United States of America shall be entitled to

forfeiture of substitute property pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By:  _____
Eric K. Gerard
Assistant United States Attorney

By:  _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34 Case 8:16-cr-00502-JSM-AEP  Document 34  Filed 01/17/17  Page 11 of 11 PageID 88
APR 1991

No. 8:16-cr-502-T-30TBM

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## PRISCILLA ELLIS

## SUPERSEDING INDICTMENT

Violations:

18 U.S.C. § 371
18 U.S.C. § 1513(a)(1)(A)
18 U.S.C. § 1958(a)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of January, 2017.

_____
Clerk

Bail $ _____

GPO 863 523

constitutional violations.   Guaranteed!

How many white women do you know in History with Death Row
Inmates that has low security´, not committed a Murder or Espionage
against their country as an innocent Victim?

This case and convictions as intentionally motivated as a Race
egregious Hedious crime merely forthese AUSA Scruggs and Agent
Devin Williams and Agent Rolf Gjerssen to get a Notch under their
belts by convicting and plotting to convict and suppress
Priscilla Ellis' Constitutional rights to avoid her from
proving her innocense by attaching the unlawful SAM and putting
her Solitary confinement 19 months after Final sentence Judgement
violating 5th, 6th, 8th, and 14th Amend. of the US COnstitution.
For the above reasons and more the only relief known tot he laws
of the U.S. Constitution and the U.S. Supreme Court is immediate
reversal of the Convictions, vacate the sentence judgement and
release Ellis from Immediate all custody from FMC Carswell.
Pursuant to 5th, 6th, 8th, 14th, Article III 2. Cl 3 of the US
Constitution and the Color of Law Racial Discrimination
of 42 USC 1983.

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address)<br>LAWYERS PARALEGAL SERVICES LLC<br>5700 GRANITE PARKWAY SUITE 200<br>PLANO, TX. 75024 | FROM: (Institution)<br>FMC Carswell<br>P.O. Box 27137<br>Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME:<br>ELIIS, PRISCILLA | REGISTER NUMBER:<br>03260-180 | DATE:<br>06-19-2020 |

Check all that apply:    *A*

| **Material Rejected and Returned** | | **Package Refused and Returned** | |
|---|---|---|---|
| Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| | The following material cannot be inspected without damage: | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | |

Specific Material Returned:
THIS CORRESPONDENCE THREATENS THE SECURITY AND ORDERLY RUNNING OF THE INSTITUTION BECAUSE THE SENDER IS NOT APPROVED.PER SIS

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
A. BISHIOP/.

United States District Court
Northern District
Fort Worth, Texas


Priscilla A. Ellis                          Case No:   4:20-CV


v.


Eric J. Wilson, et al
FMC Carswell Warden M. Carr



INDEX REFERENCES TO COINCIDE WITHT HE COURT DOCKET ENTRIES THAT

ARE REFERENCED IN THIS PLEADING


Priscilla A. Ellis
US Army Veteran
Pro-Se
Admin Unit
03260180
FMC Carswell
P.O. Box 27137
Fort Worth, Texas 76127

Page 5 - ( Line 23 ) Exhibit A, B, C, D = Court Docket #840 Sentence transcript in Case 8:15-CR-00320-SDM-TGW-3 and Docket #136 sentence transcript in Case * 8:16-cr-00502-JSM-TBM-1

Page 6 (line 7) A, B, C, D = Court Docket #840 sentence transcript in case 8:15-cr-00320-SDM-TGW-3 and Docket #136 in Case 8:16-cr-00502-JSM-TBM-1 and see docket #34 Superseding Indictment in case 8:16-cr-00502-JSM-TBM-1

Page 7 ( line 11) See sentence transcripts Docket # 840 in case 8:15-cr-00320-SDM-TGW-3 and sentence transcript Docket # 136 in case 8:16-cr-00502-JSM-TBM-1

Page 7 ( lines 21 and 22 ) Please allow under FR of evodence 803 to be entered as submitted as there are no court docket numbers for Federal Bureau of Prisons documents/rescords

See Page 8 ( line 28) to DSCC ( Please allow under FR of Evidence 803 to be entered as submitted, there are no docket entries for documents/records fromt he Federal Bureau of Prisons

Page 9 ( line 20) See docket # 118 page 25 see lines 1 through 6 and page 26 see lines 11 through 22 ( Index #11, Exhibit I)

Page 10 See atatched Exhibit J to prove residence address with Utility Statement from Killeen, Texas Utilities Department of Water.  Please allow per Fed R of Evidence 803, there are no court docket entries depicting City records   - VENUE

Page 12 see Docket #557 in case 8:15-cr-00320-SDM-TGW-3 The original Pro-Se' Appeal filed by Priscilla Ellis

Page 16 (line 23) Please see 11th Circuit Court Appeal filed by Attorney Bjorn Brunvand 17-14716 or allow Exhibit 1 to be submitted per Fed R of Evidence 803

Page 18 (line 21) (Index 23) = Docket #34 Superseding Indictment in case 8:16-cr-00502-JSM-TBM-1

Page 20 (line 2) Venue see docket #546 where Judge put Venue on the Jury Verdict Slip.  Venue is mandated by Article III 2, cl 3 of the U.S. Constitution and Fed R. Crim P 18.  No Jury can determine Venue.  The Judge knew and admitted that petitioner was correct about Venue is why he put it on the Jury verdict slip expecting that petitioner was stupid and not aware of the laws under the US Constitution.  Being Military, knowing the U.S. Constitution is Mandatory

Page 23 (line 10) see Docket # 840 in case 8:15-cr-00320-SDM-TGW-3 and docket #136 in case 8:16-cr-00502-JSM-TBM-1 sentencing transcripts

Page 23 (line 18 ) see docket # 557 in case 8:15-cr-00320-SDM-TGW-3 (Reference Index #15)

Page 23 (line 24) Please allow Index #23 and #22 per Fed R of Evidence 803, as there are no docket entries from the Federal Bureau of prisons and all documents from them must be submitted as evidence to the courts in paper form.

Page 25 ( line 23) Please see Western District of Waco Court
Docket # W-00-Cr-070 Pre-sentence Investigation Report dated
16 January 2001 pertaining to Index #2

Please allow a paper submission for Index 1a Rule 1.1 for
prosecutorial Misconduct case law per Fed R Evidence 803, all that
petitoner has is a paper copy andno docket entry

Page 26 see Docket #903 in case 8:15-cr-00320-SDM-TGW-3 (Index #7)
(Exhibit E)  (Line 23) and see docket #875 in case 8:15-cr-00320-
SDM-TGW-3 (Index #10)

Page 28 (line 6) (Index #11) (Exhibit I) docket #118 in case
8:16-cr-00502-JSM-TBM-1 , Page 25 see lines 1 through 6 and
Page 26 see lines 11 through 22 where Agent Rolf Gjerssen is under
oath and cross examination by Atty Brunvand admitting that there
is NO telephone recording of Priscilla Ellis tellign Victoria
Ellis to pay for a Murder for Hire, but he lied in perjured
Complaint stating that there was when there was not.  This is
Malfeasance and falsification of perjured informatin to
unlawfully draw a Grand Jury for unlawful indictment

Page 28 (line 7) (Index #26) Letter to IAC Attorney Bjorn Brunvand
Please allow per Fed R Evidence 803, as there is no Court Docket
Entry but necessary to show Court the continued Ineffective
assistance of Counsel from the MD of Fl Attorney


Index #29a = Docket #81 Clerk's Faretta Hearing Minute Entries
in Case 8:16-cr-00502-JSM-TBM-1  Judge Thoms B McCoun III terminated
Atty Bjorn Brunvand form both opf petitoner's cases , yet the
judge Merry day prejudiced petitioner by forcing him back on her case
to file her appeal after sentence.  This violated petitioner's
5th, 6th, and 14th Amend of the U.S. Const

Also see docket # 148 and 149 Faretta Hearing where Petitioner became
Pro-Se in case 8:15-cr-00320-SDM-TGW-3 and put on her own 3 week
trial becasue of ineffective assistance of Counsel

Page 28 (line 14) see 11th Circuit Court Appeal sent in by IAC
17-14716 for unlawful sentence enhancements and see docket # 840
in case 8:15-cr-00320-SDM-TGW-3 sentence transcript and see
Docket #136 in case 8:16-cr-00502-JSM-TBM-1 sentence transcript to
confirm and see the Double Jeopardy sentence utilizing the exact
same Duplicate False allegations and Duplicate sentence enhancements
violating 5th, and 14th Amend. of the U.S. Constitution

Page 29 (line 10) Please allow Index #22 and Index #23, Index 24,
and Index #21 per Fed R of Evidence 803.
There are no Court docket entries for documents issued by the
Federal Bureau of Prisons and is the ONLY evidence that petitioner
have to prove her claim and Constitutional violations.

See docket ## 157 in case 8:15-cr-00320-SDM-TGW-3 , Requested Venue
transfer to Western Dist of Texas where it belonged

Page 2

STATEMENT OF THE CASE

Petitioner, Priscilla Ellis was unlawfully indicted 20 August 2015,
out of her Venue and Home State of Texas, arrested at her Home
at 1303 Springforest Circle, Killeen, Texas 76543 on August 31,
2015 as an innocent Victim.  Petitioner has Never sent any mail,
nor ever received any mail, never sent any wires , nor ever received
any wires from the Middle Dist of Fl.  Petitioner never made any
phone calls to, never received any from nor ever sent monies to or
from , never doen any Banking in the Middle District of Florida,
nor did Peitioner know that the Middle District of FLorida Existed
until her arrest on 31 August 2015, so had a crime been committed
according to Article III, 2. cl. 3 of the United States Constitution,
the proper venue to indicte and take Priscilla Ellis to Trial in the
State of Texas would be the appropriate place, NOT Florida.  Petitioner
has owned her home and Businesses in the Killeen, Texas/Harker Heigghts
Texas area since March 1994, evidenced by the City Hall of Killeen
Texas Certificate of Occupancy permit for The Cellular Link and
Bell County Clerk records ( BELL CAD) property tax records, TABC
(Texas Alcohol and beverages records), Belle County Health Dept
that inspected our night clubs and Restaurants since 2003), Texas
Tax Comptrollers, Texas Dept Workforce , IRS Tax records, Texas
Dept of Motor vehicles, Texas Drivers Lic # 00367202, Belle County
Divorce records at County Clerk Office, Sysco Sales Rep for Belle
County SARA, Killeen Daily Herald Sales Rep for over 16 years Dale
Riley, 92.3 Radio Station  (Baby Sitter and Laura Wiederahold) as
their offices statted off across the Parking lot from my Cellular
Stoee in Killeen, Texas on W.S. Young Dr., Dallas Seafood (Dallas,
Tx) AA Wireless in Carolton, Texas, Cellular Wireless Warehouse,

Houston, Texas Wireless Industry Wholesalers Web site, Alibaba,
Harker Heights, Fire Department and Police Departments. Petitioner
had a fire at her wireless store and restaurant ( PKV WOrldwide
Wireless, and Texas Grill Barbecue and Crabshack) Novewmber 2009
at 110 W. Veterans Memorial Blvd., Harker Heights, Texas 76548,
after at which time the Hartford Insurance Company paid the
Mortgage in full as part of the settlement tot he Mortgage Company
in San Antonion, Texas and at that time deeded the Proprty to
Victoria Ellis, so shoudl have no way no fashion or form been
included in a seizure of assets as both the Property at 110 W.
Veterans Memorial Blvd, Harker Heights, Texas 76548 and hte
property at 14 & 16 Main Street in Temple, Texas are owned solely
by Victoria Ellis and were owned years prior tot he Canadian Nigerian
client coming to do business with Vicken International Traders LLC
Petitioner's Copporation and Trading Company in which she conducted
Private Placement Trading, and KVP International Consulting Agency.
So the AGents including these properties and Petitoner's Homestated
rather Homestead, owned since July 1995 located at 1703 Roy Reynolds
Dr. Killeen, Texas as well as other properties all purchased since
2008 should have not been a part of the malfesant agents seizure of
no crimethat they can show any trace of evidence that would have
occurred int he Middle District of Florida or elsewhere other then
Texas, had a crime been committed. And proper VENUE at that time
would have been accordingtot he U.S. Const. Articlee III 2. Cl. 3
Texas, the State in which Petitioner resided and conducted her
Business on a day to day basis (locus delicti)  " The Place
where an offense was committed or location of the acts of the
committer ( which would be Texas for Priscilla Ellis ) also
see United States v. Clinton, 574 F. 2d 464, 465 (9th Cir 1978)

Page 2

U HONOR, HERE IS WHAT THE FBOP IS NOT UNDERSTANDING. HAD I BROKEN AN
FBOP POLICY OR HAD MIS CONDUCT  WHILE INT HE FEDERAL BUREAU OF
PRISON CUSTODY, THEN OF COURSE REQUEST PUNITIVE MEASURES.  CONCENTRATE
ON THE WRITE UP, IT STATES THAT THIS SAM REQUEST IS AT THE REQUEST
OF THE MIDDLE DISTRICT OF FLORIDA, WHICH WOULD CONSTRUE AS A
DOUBLE JEOPARDY SENTENCE.  IF THE PROSECUTOR FOR THE MIDDLE DISTRICT
OF FLORIDA WANTED A SAM ORDERD APPENDED TO ELLIS FINAL SENTENCE
JUDGEMENT, THEN HE SHOUDL HAVE REQUESTED THAT THE JUDGE ENTER IT
AT THAT TIME,  AS PART OF THE FINAL JUDEMENT AT SENTENCEING IN
CASE NUMBER 8:16-cr-00502-JSM-AEP, NOT 19 MONTHS OF  FINAL SENTENCE
AND WHILE ELLIS IS CURRENTLY SERVING A CONCURRENT SENTENCE IN CASE
NUMBER 8:15-cr-00320-SDM_TGW-3.  ELLIS HAS BEEN IN THE FBOP FOR
19 MONTHS WITH CLEAR CONDUCT AND WAS SENT TO FMC-CARSWELL FROM
HAZELTON TO PROGRAM AND ATTEND THE LCP PROGRAM AS A RECOMMENDATION
FROM THE CHAPLAINS AT SFF HAZELTON.  WHAT THE MIDDLE DISTRICT OF
FLORIDA HAS FORCED THE FBOP TO DO IS VIOLATE MY FIFTH AMENDMENT
RIGHTS OF THE FEDERAL US CONSTITUTION FOR DOUBLE JEAOPARDY,
MY 6TH AMENDMENT RIGHTS, BECAUSE I AM ALLWOWED AN ATTORNEY THROUGH
EVERY PHASE OF THE SENTENCING PROCESS AND ADDING A SAM IS PART
OF A SENTENCE OR SENTENCE ENHANCEMENT, A VIOLATION OF MY 14TH
AMENDMENT RIGHTS OF FAILING TO ALLOW ME DUE PROCESS, AND THE FBOP
OVER STEPPED THEIR BOUNDS BY ALTERIGN/MODIFYING A FINAL SENTENCE
SEE DRESS v. D.O.C WITHOUT TAKING ELLIS BACK TO COURT.
ELLIS HAS BEEN PREJUDICED ALL AROUND AND DEPRIVATION OF
COMMUNICATION FOR THE PAST 8 MONTHS BEING LOCKED DOWN HAS CAUSED
ELLIS MENTAL AND PHYSICAL INJURIES AND EMOTIONAL DISTRESS AND
CHALLENGES.  A VIOLATION OF THE US CONSTITUTION HAVE OCCURRED
AND THE CONSTITUTIONAL RIGHT WAS CLEARLY ESTABLISHED.  THE COURT
SHOULD GRANT ELLIS RELIEF.  SEE MONELL v. DEPT OF SOC. SERVS,
436 US 658, 694, 98 S Ct 2018, 56 L. ED. 2d 611 (1978)

EVERY ELEMENT OF A CRIME MUST BE BROUGHT TO TRIAL AND PROVEN BEFORE A
JURY. MDFL PROSECUTOR AUSA SCRUGGS NEVER INDICTED OR ATTEMPTED TO
INDICT ELLIS FOR TRYING TO RETALIATE AGAINST ZONI MULLINS 9 YEAR
OLD DAUGHTER, YET HE KEEPS BRINGING IT UP 3 TIMES NOW TO GET ELLIS
SENTENCE ENHANCEMENTS IF YOU LOOK AT THE TRANSCRIPTS FOR ELLIS
SENTENCE IN CASE NUMBER 8:15-cr-00320-SDM-TGW-3 AND ALSO THE JUDGE
IN MY MONEY LAUNDERIGN CASE USED THIS VERBAGE AND HE WAS NOT
INVOLVED IN THE CASE NUMBER 8:16-cr-00502-JSM-AEP.  YET IN THE
CASE NUMBER 8:16-cr-00502-JSM-AEP, THE FORMER PROSECUTOR ERIC
GERARD USED THIS VERBAGE TO ENHANCE ELLIS SENTENCE AND AGIN NOW
IF YOU SEE THE WRITE UP THAT REQUESTED THE SAM ORDER, THE FALSE
ALLEGATIONS ARE AGAIN USED TO ENHANCE ELLIS FINAL SENTENCE 19 MONTHS
AFTER FINAL SENTENCING.

THIS RE VALIDATES THAT ELLIS HAS BEEN CONSISTENTLY PREJUDICED BY
THE MIDDLE DISTRICT OF FLORIDA AND AUSA PATRICK SCRUGGS FROM THE
INCEPTION AND HE KNOWS THAT I WAS A VICTIM THERE FOR A CHARGE
OF CONSPIRACY TO MONEY LAUNDERING AND WIRE AND MAIL FRAUD AND
AM HERE FOR TWO LIFE SENTENCES IN AMERICA, A COUNTRY THAT I
HONORABLY SERVED IN THE UNITED STATES ARMY AND A DISABLED VETERAN.
ADDING THE SAM VIOLATES MY th, 6th, and 14th AMENDMENT RIGHTS OF
THE UNITED STATES CONSTITUTION.  TO ADD A SENTENCE ENHANCEMENT
ELLIS SHOULD HAVE BEEN TAKEN BACK BEFORE THE UNITED STATES DISTRICT
COURT.  FBOP IS NOT A SENTENCING AUTHORITY AND ALSO PREJUDICED ELLIS.
ELLIS REQUEST THAT BOTH SENTENCES BE VACATED AND SET ASIDE.
UNITED STATES v. BOOKER, 543 U.S, 220 (2005), IN BOOKER, THE COURT
HELD THAT THE IMPOSITION OF AN ENHANCED SENTENCE THAT WAS NOT FOUND
BY THE JURY OR ADMITTED BY THE DEFENDANT VIOLATED THE SIXTH AMENDMENT,
ALSO SEE UNITED STATES v. GALL, 552 U.S AT 51.

I

Ellis was unlawfully assigned and detained in Solitary Confinement
for 98 days ( With CLEAR conduct) and then further segregated by
being transferred to the SuperMax Prison on LEVEL V for the World's
Most dangerous criminals for an additional 5 plus months ( worse
then the regular Administrative segregation) in a 7 x 11 Cell 23 to
24 hours per day, all because Ellis was relocated to her Home State
of Texas after President Trump soigned the First Step Act of
December 2018 into law stating  that " All Inmates would be Housed
withinn 500 miles of their residence, to maintain Family and
community Ties".  See Pratt v. Rowland, 68 F. ₹ 3d 802 (9th Cir 1995)
A.W. Cohen, LT Frontera, AW Compos, Lisa Cole-Rowls, AUSA Patrick
Scruggs, Agent Devin Williams and othesr unknown all colluded together
to unlawfully modify Ellis' final sentence 19 months after FINAL
sentance Judgement, using false allegations in the write up that
Ellis was not indicted nor convicted for, and from an entrapped
consecutive case that does not start for 36 years.  Both consecutive
sentences imposed at two separate proceedings before 2 different
Judges, so to aggregate under 18 USC 3584 (c) to cause Priscilla Ellis
to serve both sentences concurrently without providing credit as
such is inconstitutional at it's best and a Double Jeopardy sentence
violating V Amendment of the US Constitionaⅼ, and manipulating
18 USC 3584 (c).  See attached sentencing transcripts Exhibits
doc # 840 ~~~ in case 8:15-cr-00320   And doc #136 in case 8:16-cr-00502-Jsm-Tbm-1
A, B, C, D and see that Priscilla Ellis had already been sentenced
and received a Double Jeopardy sentence sevidenced by these exhibits.
The Judge in case 8:15-cr-00502-SDM-TGW-3 (Judge Steven D. Merryday)
evidence by the identical verbage and false allegations had already
simultaneously sentenced Ellis for the case 8:16-cr-00502-JSM-TBM-1
using false allegations.  Both have identical FALSE allegations that

Ellis was not indicted or convicted for, and both used same
identical False allegations, again causing Double Jeopardy sentence
violating 5th, 6th, 8th, 14th Amend of the US Const, also see
North Carolina v. Pearce, 395 US 711, 23 L. Ed 2d 656, 89 S. Ct
2072

Protections against multiple punishments for the same Offense
after conviction, also protected by the 5th and 14th Amend of the
U.S. Const.  Attached Exhibits A,B,C,D, and SAM Agreement all
have identical False allegations of Ellis tryign to Kill a 9 yr
old.  Ellis was NEVER indicted NOR convicted oif such incidents.
A sentence is suppose to be based upon FACTS and not ALLEGATIONS,
see Gall v United States, 552 U.S. 38, 51 128 S. Ct 586, 169 L. Ed
.2d 445 (2007) and Coonce 961 F. 2d at 1275, V Amend of the U.S
Const, also see 50 L. Ed. 2d 830 Supreme Court views on the Fifth
Amendment and Apprendi v. New Jersey, 530 U.S. 466, 147 L. Ed. 2d
435, 120 S. Ct 2348 (2000)

The importance of making sure that a sentence is based upon Factual
information and not allegations.  At stake in this case are
Constitutional protections of surpassing importance.  Proscription
of deprivation of libertyt without Due Process of law.  Amdt 14,
the right to enjoy a trial before an inpartial Jury Amdt 6, together
these rights indisputably entitle a criminal defendant to a Jury
determination that he is guilty of every element of the crime
which he is charged or sentenced beyond a reasonable doubt.
United States v. Gaudin, 515 U.S. 506, 510, 115 S. Ct 2310, 132 L. Ed
2d 182 (1993).  These protected rights under the U.S. Constitution
have not been afforded to Priscilla Ellis, evidenee from the
attached Indictments and sentencing transcripts and Falsified
allegations to obtain a SAM 19 months after Final sentence.  Priscilla
Ellis was NOT convicted nor indicted for tryign to kill a 9 year

old, yet lies of such has become the High light of Ellis' False
Manipulative prosecution because of being a successful BLACK
woman that was used as a SCAPEGOAT for Nigerians in Canada, and to
cover up their Malfesance of ruining the life of an innocent victim,
Honorable Army Veteran and her family.  It is un constitutional
for a legislative /legislature to remove from the Juryt the FACTS
that a person is sentenced for and established beyond a reasonable
doubt.  Ellis was not indicted or taken to trial for the obsene
crime that they sentenced Ellsi for and also added the unlawful SAM
for 19 months after FINAL sentence Judgement, but as you see in the
sentencing exhibits attached  A,B,C,D  these allegations of Ellis
trying to kill a 9 year to include the unlawful SAM Agreement
are the misleading false allegation of the sentences and malicious
disparaging write up to obtain the unlawful SAM Agreement atatchement.

See Biddle v. Shirley 16 F. 2d 566, 567 (omitted) and Boyd v. Archer
42 F. 2d 43 and Miller v. Aderhold, 288 U.S. 206, and people ex rel.
]Trainor v. Baker, 89 N.Y. 460, 466 as well as Hill v United States
ex. rel. Wampler, 298 U.S. 460, 56 S. Ct 760, 80 L. Ed 1283 (1936)

The ONLY sentence known to man and LAW is the sentence or Judgement
entered upon the records at the court until corrected in Direct
proceeding and anythign added on the Back end of such as the Unlawful
SAM atatchment 19 months after FINAL sentence Judgement  at the
request of AUSA Scruggs, Agent Devin Williams and Acting Directoe
Eric J. Wilson , see evidence atatched Index #19, #21, #22, #23 and
#24.  Priscilla Ellis' sentence was modified at the request of Agent
Devin Wiliams and AUSA Scruggs fromthe MD of Fl to continue to cover
their deliberate racial discriminationa nd falsification of documents
to prosecute Ellsi otuside of her Venue and for a crime in XXXXXX
which she is an innocent victim, and used the FBOP staff to assist
in the Deliberate cover up and Racial Discrimination by further

prejudicing Ellis by throwing her into Solitary COnfinement for
almost a year and then transferrignher to the SuperMAX prison
on level 5 with low secutity with women on DEATH ROW. How con-
venient to suppress Ellis vocie and also to violate Ellis furhter
by puttingint he unlawful SAM to diminish Ellis substantial rights
of access tot he COurts under the 5th and 6th amend of the US
Const denying Ellsi the right to Solicit and Hire an attorney
of choce in her home state of Texas in which they fraudulent
extradited her from and for a woman that wore the ARMY Uniform
honorably to have access and protect these same exact rights for
all US Citizens. This is Malfesance, Deliberate Constitutional
and Civil Rights discrimination, color of Office, Color of Law
and Outright Judicial Disparity and falsification of evidene because
they considered this BLACK woman's life as dispensible and of NO
importance because of the Color of her skin and figured that it
was okay for them to seize all of her untainted funds and put in tne
Unlawful SAM to not be allowed to speak with adult daughter that
has no criminal History ( Victoria Ellis), To not be allowed
to be Housed in the Home State of Texas that they unlawfully indicted
and extradited form her home in Killeen, Texas on 31 August 2015,
and not be allowed to Hire an attorney in her Home State of Texas
all of these outlandish COnstitutional violations to continue to
cover up their manipulative false prosecution and Malfesance. They
don't expect for the Black woman to be able to COMPREHEND their
mis use and abuse of CASE law and manipulation of Statutes such
as 18 USC 3584 (c) for the FBOP to use the 2nd consecutive sentence
to assist AUSA Scruggs and Agent Devin Williams to add the SAM
19 months after Final Sentence. See Inden #25 to see DSCC has the

consecutive sentence that starts in 36 years ( 65 years) as the
controlling sentence.  The sentence that they utilized the
perjured testimony and false entrapment to overshadow their
Racially Motivated discriminatory False, malicious prosecution
as an innocent Victim out of her Venue of Texas. Extremely
Unconstitutional, but the Black woman is suppose to be too stupid
to realize wnat they have done and continue to do and the COurts
continue to allow them to get away with it, which is surprising. How
many Constitutional Violations can 1 (one) person accumulate through
the collusion, racial discrimination and Deliberate Malfesance of one
Black woman?  No Person un the World should have to go through as
an innocent Victim what Priscilla Ellis has, solely because they saw
a successful Black woman , with Assets, properties and money int he
Bank.  Has they completed an investigation and gave Priscilla Ellis
the exact same Due Process that they give white Business Owners, they
would have known that for less then $135,000 from the Nigerians in
Canada (NOT) 1 dime from Florida or to Florida, they would have
known that Priscilla Ellis is an innocent victim, and because was
ferocioulsy advocating for her innocense as a victim they, entrapped
Ellis for Witness retaliation ( see Exhibit I ( Index #11) to see
that the Agent admits under Oath that there is no (NONE) recording
of Priscilla Ellis telling Victoria Ellis to Pay for a Murder for
Hire, which means he lied under oath on the complaint and unlawfully
drew a Grand Jury with Perjury.  United States v. Wilson ( 1833) 32
U.S. 150, 7, Pet 150, 8 L Ed 640, after Judgement, NO subsequent
prosecution can be maintained for the same offense or any part of it,
Also see Monge Decision for Double Jeopardy.

II VENUE                                                              10

Priscilla Ellis is from Texas.  Residence and Businesses in Killeen
Texas since March 1994 and according to the U.S. Constitution,
Article III 2. Cl 3, the middle District of Florida fraudulentsly
indicted and convicted Ellis in a Trial where they have no VENUE,
and the Judge Merryday knew this.  He tried to manipulate the
U.S. Constitution after telling Priscila Ellis in Court that she
was correct about Venue, yet he put it on the JURY Verdict Form.
(See Jury Verdict Slip in Sentry)  Judge should have given the Jury
an appropriate Jury instruction concerning VENUE.    see Case
8:15-cr-00320-SDM-TGW-3.  Each count of an indictment must prove
Venue, see United States v. Perez, 280 F. 3d 318, 328, 30 (3rd Cir 2002)
and U.S. v. Root, 585 F. 3d 145 (CA 9, 2009), proper Venue in a
criminal Trial is more then just a procedural requirement, it is a
Constitutionally guaranteed safeguard.  United States v. Baxter,
884 F. 2d 734, 736 ( 3rd Cir 1989).  The Constitution states that
the trial of all crimes shall be held in the State where said crimes
(p156) shall have been committed, In Priscilla Ellis case , her
Venue would be Texas, this is where she resided and conducted her
day to day Business since March 1994, and offense must be prosecuted
in the District where offense whom person committed it resided and
Conducted Business.  FR. Crim P 18.  Venue is solely mandated by
Congress and the U.S. Constitution Article III 2. Cl 3 and NOT a
Judge, Prosecutor of FBI Agent can change or determine otherwise for
their own selfish malfesant endeavors.  Also see  U.S. v Cabrales,
524 US1, 141 L. Ed 2d 1, 118 S. Ct. 1772 (1998).  See Index #2
The PSR from teh Western District of Texas W-00-CR-070 evidence of
Ellis Priscilla and Businesses being from Killeen and Harker Heights
Texas as well as D. L # Texas D.L 00367207.  ( BELL COUNTY)

III 42 USC 1983 DISCRIMINATION of Being a Black Woman in Business
Being locked in solitary confinement almost a year consistently
with No Breaks creating a liberty Interest, see Fitzharris v. Wolff
702 F. 2d 836 ( 9th Cir 1983)

Because of the Collusion of the FBOP Staff at th request of the
MD of Florida orchestrators to cover up their deliberate crimes
of false prosecution, malicious discrimnation of a Black Business
woman by falsifying interview documents and other information to
unlawfully draw a Grand Jury.  The AW Compos, AUSA Scruggs FBI Agent
that started the false prosecution Devin Williams and others UNK
with CLEAR conduct threw Ellis into Solitary COnfienemt and the
SuperMax Prison without an attorney or Due Prosess or a crime
on total lock down for almost a year and Priscilla Ellis still
remains in the SuperMax prison with women on death Row and Ellis
has low security.  What are the Middle District of Florida trygnt o
continue to cover up and keep Ellsi from obtaining the documents to
prove her innocense as a Victim.  Civil Liberties are shared by all
U.S. Citizens and Ellis did not lose her civil liberties when she
went to prison.  See Wolf v. McDonnell, 418 U.S. 539, 555-56, 94
S. Ct 2963 (1974).  The Federal Bureau of Prisons and the AUSA
in the Middle District of Florida has caused mental and physical
Injury by inflicting Pain through the Extreme conditions of
Confinement in Solitary Confinement 23-24 Hours per day for almost
1 year in the SHU for 98 days and then moved to Level V in the
SuperMax prison for almost another 8 montbs on lock down, and
Ellis remains int he SuperMax prison with low security yet today.
Again Why?  There are mass murderers walking around on the Open
Compound.  Answer to cover up their deliberate False prosecution
racial discrimination and Malfesance of falsifying evidence and in-
t

intentional collaborating and using perjured testimony to further
their racially motivated hate crime prosecution against Ellis, and
with women on DEATH Row, having CLEAR conduct and low security.
All because of the racial discrimination 19 months after Final
Judgement of AUSA Scruggs and Agent Devin Williams trying to
continue covering up their false prosecution of Priscilla Ellis
out of her VENUE of Texas.  see doc # 557 ( Index #15) of Ellis
Appeal confronting Judge Steven D. Merryday in case
8:15-cr-00320-SDM-TGW-3 of going insie the Jury deliberation
room tainting the ALL WHITE JURY (Not of Ellis' Peers). Because
Ellis was ferociously advocating for her innocense as a victim,
The Racial Discrimination becamse more aggressive as evident of
the AUSA Scruggs and Agent Devin Williams requesting that the
Acting Director Eric J. Wilson add a SAM using False allegations
with restrictions of Ellis nto being allowed to speak woith
ADULT 22 year odl daughter Victoria Ellis whom has NO criminal
History or to be allowed to Hire an attorney in Texas to Assist
witht he COnstitutional Violations and unconstitutional modification
of the Final sentence 19 months after Final Judgement and for
what reason but to cover their malfesance and to prejudice Ellis
Further.  THey have violated over and over again Ellis'
constitutional violations 1st, 4th, 5th, 6th, 8th, 14th and
Article III 2. cl 3 of the US Constitution.  Color of Law, Racial
Discrimination, Violation of Government Ethics Act, as No White
Person in History with No Murders, No Espionage agaonst their
Country, Honorable Army Veteran and Spouse of over 26 years and a
successful Business Owner over 20 plus years innocent victim
doing Business as the U.S. Constitution allows.  No White person

would have been excessively prosecuted and followed around 19 months
after Final Judgeemnt to punishment more abundantly and supreesively.
Un-American and un constitutional.  See 42 USCS 1983 and Skandha v.
Savoie, 811 F. Supp. 2d 535 ( 2011, DC Mass).  The Supreme Court
has held that when a person' constitutional rights are impinged
by a Prison reguraltion, such as refusing Ellis her 1st Amend right
to speak with her adult daughter or receive religious correspondence
her 5th and 6th Amendment rights to solicit for and Hire an attorney
of chocce in her home state of Texas, which enied Ellis Full
Fundamental rights to the Courts if deemed  direct denial to Hire
Attorney , this is a substantial right.  See Turner v. Safley, 482
U.S. 78, 107 S. Ct 2254 (1987) to
determine whether Ellis has a challenge in constitutionally
protected limitations; the Courts Apply a Turner Test.  Because Ellis
was in solitary confiement for well over 100 days ( almost a year)
All Four factors are identified as confirmed prejudice and
Constitutional violations.  Turner requires the Court to strike a b
balance between the interests of Officials and the Constitutional
rights of Prisoners ( Reed v. Faulkner 842 F. 2d 960, 962,
(7th Cir 1988).  deference does not mean abdication ( Walker v. summer
917 F. 2d 382, 385 (9th Cir 1990).  In this case, Ellis
believes that Prison Officials , AUSA Scruggs, AGent Devin Williams
and others over stepped their Offfical Bounds on assisting to
Excessively continue to racially discriminate and violate 1st, 5th,
6th, 8th, 14th Amendment of the US Const.  When a person is assigned
to a SuperMax Prison, most Courts have held that a Prisoner is
entitled to a Hearing because of the loss of liberties, see Austin
v. Wilkinson, 189 F. Supp. 2d 719 (N.D. Ohio 2002).  This has Mentally
emotionally, Psychologically and Physically injured Ellis, Priscilla
for Life.

Traveling all over the World being in the Army and a Part of the
Military's prestigious NATO Colege in Rome, Italy and travelin g
to 3rd World Countries, never traumatized Ellis such as the Discrim-
ination, False arrest and convictions and unlawful detainment in
the Solitary COnfinement and transferred to a SuperMax Prison
with Clear Conduct and low security with ladies on Death Row
merely because of hte prejudices and Malfesance of FBI AGEnt
Devin Williams and AUSA Scruggs and the FBOP STaff that colluded
witht hem with their racial Hatred malfesant cover up, and using
false allegations of a sentence that does not commence for 36 years.
Nothing of the sorts would have ever occured in a White person's
case.  NEVER.

In Exparte' Young ( 1908) 209 US. 123, 52, L. Ed 714 28 S Ct 441,
13 LRA NS 932.  It was said that an official who acts in violation
of the Federal COnstitution is stripped of his Official or
representattive Character and that a state has no authority to
impart to him immunity from responsibilty to the Superior Authority
of the U.S. Constitution.  Individuals right to relief from an
Officer's unconstitutional conduct...see Georgia R & Banking Co.
v. Redwine (952) 342 US 299, 96 L ed 335, 72 S Ct 321

immunity does not extend to Individuals who Act as Officers with
out Constitutional Authority on basis of 42 U.S.C.S 1983 Civil
Rights Action.  It was stressed in the Virginia Coupon Cases
(Poindexter v. Greenhow (1985) 114 U.S. 311, 29 L. ed 200, 5
S Ct 925

that an official who attempts to enforce ab unconstitutional Statute
such as AUSA Scruggs,mixed with Agent Devin Williams, AW Cohen,
AW Compos and others who colluded unk to cover their intentional
deliberate Racial discrimination, cover up of their false,
egregious malicious prosectuion out of Ellis' Venue and by putting
Ellis in Solitary COnfinement and Levl V in the Super Max Prison

For the World's most dangerous prisoners on level V, with people
on death row, cutting total communiocation to include mail from
family and friends and the outside World.  My family did not know
if I was dead or alive, nor did I them.  Imagine the Mental destruction
that this caused to a then 21 year old to be suddenly cut off from
communication with yoru mother without warning and without an
explanation and you ar enot aware what's going on with her?  They
have caused permanent Mental and physical Injury to Priscilla Ellis
and her daughter Victoria Ellis now 22 as well as other family
members.  AUSA Scruggs, Agent Devin Williams, AW Cohen, AW Compos,
Acting Director Eric Wilson, Lisa Cole Rowls, CPT Wilson, Counselor
Gardner, Ms Sosa, Ms Konnover, Lt Frontera and others unk are
stripped of tneir official Character and must be held persoanlly
to answer for a violation of their plaintiff's rights and cannot
rely upon the defense of State's immunity.. see Webster v. Six
Unknown named Agents of the Federal Bureau of Narcotics 403, US
388, 29 L. Ed 2d 619, 91 S Ct. 1999 (1971)

recovery for humiliation and mental suffering resulting from Agents
conduct under Claim of Federal Authority.  Supreme Ct stated because
of the Constitutional violation of the Federal Agents acting under
the Color of Law of Federal Authority gave rise to Federal Cause
of action for damages as in Ellis' case because of the Agents violation
of the U.S constitution, Color of law, Color of Office, Racial
Discrimination, Deliberate Racial Profiling by adding a SAM 19 months
after Final sentence Judgement and overt Malfeasance.  Burger Ch. J
expressed views of doctrine Separation of Powers would be better
presented/preserved by recommending a solution of Problem of
damages by A Fedeal Agents failure to Obey the structures of the
4th Amendment or COnstitutional provisions outlined within the

the U.S. Constitution. ( The laws of the Land, superior to all others)
Segregated confinement triggers Due Process protections especially
when segregation lasts 101 to 305 days, the Due Process protections
are automatically triggered...see Safley v. Turner ( Turner test)
and Sandin v. Connor 515 U.S. 472, 115 S. Ct 2293 (1995). A Person
loses their 1st Amendment liberties when put into a segragtion or
SuperMax Prison away from normal Prison rnvironment, especially
without cause and Clear conduct due to the racial Hatred and attempt
to cover their false prosecution and racial discrimination as
AUSA Scruggs and Agent Williams and the others that they used to
assist intheir intentionally malfesance and continuous racial
suppression of Justice through their trying to cover up their
crime of false fabrication of evidence to induce a crime against
an innocent victim and her family. They created a crime and a Venue
and wasted a lot of government funds and ruined a Black Woman
and her family for their own personal gain. Ellis has to visit
withher SISTER through a Bullet Proof Booth ( How much more
Humiliating can you get) NO Murders, NO espionage against my
Country , yet asa an innocent Victim, I sit here falsely accusedf
and prosecuted and entrapped with 105 years for less then $135,000
from a purported legitimate client from Florida ( Evidence by Index
#1) to Vicken International Traders LLC (corporate account in Good
Standing ( Evidence by Actual Citibank Statements and records
and Inc Plan USA and Delaware State Web Site for Corporate Standing).
Again Index #1 ( Summary from Atty Brunvand is evidence that Ellis
had no clue of the Nigerian's conduct and the 3 witnesses all testified
Cusamano, Hart and Theriot in Ellis' defense that none had contact
nor ever received any communication nor knew of Ellis or Vicken

International Traders LLC, and confirming under Penalties of Perjury
the same facts that Ellis have been telling the Middle District of
Florida since before even the trial, yet their agenda was to
again portray Ellis as the Scapegoat , sot hey could seize her
legal assets, untainted funds and make Ellis seem like the person
responsible for the crimes of others.  In America, how sad.  These
Government workers are too comfortable with what they did and are
professionals at using others to assist in covering their trails,
as proof from the AUSA Scruggs, Agent Devin Williams requesting the
Federal Bureau of Prisons Acting Director to reques t the SAM 19
months after Final Judgement ( NOT A PART OF FINAL JUDGEMENT) to
suppress Ellis voice and to not make it easy for her to gain
access tot he documents and Courts to get relief or prove her
innocense as a VICTIM.  LISA MONTGOMERY is here in the SUperMAX
prison on Death row for Killing a lady by cutting her baby out of
her.. SHE does not have a SAM Measure.  Susan Anderson at Hazelton
SFF, is there for actually payign for a Murder for hire to kill her
Nieces Boyfriend that was beating her, ...SHE DOES NOT HAVE A
SAM Measure.  CRYSTAL REDHAWK at FMC Carswell fro multiople Murders
and robberies...SHE DOES NOT HAVE A SAM..Veronica Leyvia..RICO ACT
and multiple drugs and murders...SHE DOES NOT HAVE A SAM.  All of
the ABOVE are white and 1 Hispanic and 1 Indian and all did not have
prejudice racial discrimination and deliberate false prosecution as
part of their proceedings.  Justice is suppose to be fair, just and
trustowrthy and ethical for all involved.  Ask Devin Williams for
a copy of his initial interview with Priscilla Ellis fromt he inception
in 2015, there isn't any.  He falsified his own statement to put
Slang intheir as Ellsi callign him MO...Ellis have NEVER used slang

in her life, and most people say that Ellis does nto have or sound
like a BLACK person period on or off the telephone.  He started
a complete malicious prosecution and falsification of evidence to
ruin Ellis life because he saw an easy Black woman that was a
successful Business woman as an easy target and then went on to
ruint he life of my oldest daughter that has NEVER done anything
wrong in life and husband ( GOOD son in law thank GOD) is a
West point Graduate and Senior Army Officer and she had been
married and away from home for over 5 years buxx but he saw a
successful young woman and ruined her life again to further his
obscene agenda, and to find out that Agent Devin Williams is also
the SAM Agent and person orchestrating and pullign the strings
of this unlawful SAM again, to vocer up all of his intentional
deliberate racially motivated and discriminatory entrapped,malicious
indictment, the conviction and the entrapment.  The AUSA Scruggs and
Agent Devin Williams continuously use the allegations that are
FALSE to continue to request these extreme measures , sentence
enhancements and excessive sentences violating the 8the Amend.
They know that the Slanderous remarks of Ellis tryign to kill a
9 year odl would over shadow anythign else, so they continue to
exploit this lie See Index # 23.  How humiliating.  ELLIS has NEVER
been indicted, nor convicted fro tryign to Kill a 9 year old and
nor is theri evidence of such.  Attorney was IAC for not asking
also for any VOICE EXEMPLARS, as proof theat Ellis did not tell
Victoria to pay for a Murder for Hire...Exhibit I , FBI AGent
Rolf Gjertsen admiss under oath that NO such recording exists.  The
Judicial system Judges and Justices need to stop putting face
value in an FBI Agent and AUSA just because they are employed by
the Government.  THEY ARE THE BIGGEST LIARS AND crime Baiters through

race injustices and to use cases to gather attention to gain
success and promotions just like other in any job.  Yet these
positions are more dangerous because they ruin innocent lives and
mainly those of BLACKS for no factual reason but they can tie
srings together to make a case seem believeable yet there are
only circumstantial evidence without TRUE FACTS and the Judges should
not continue to give them a Pass without questions and dierct
evidentiary proceedings where they can produce facts and not
be allowed to continue with their deliberate racial malfeasance.
see Overton v. Bazzeta, 539 U.S. 126 (2003) requires Due Process
Wolff v. McDonnell, Bickham v. Cannon, 516 F. 2d 885 (7th Cir 1975),
Deane v. Coughlin 439 N.Y.S. 2d 192 (N.Y APP DIV 1981),
Collins v. Coughlin 442, N.Y.S. 2d 191 (N.Y. DIV 1981) An inmate
has a right to freedom from disciplinary sanctions until proven
Guilty of a Rule or violation.  An inmate has a constitutional
liberty interest in FREEDOM from segregation and segregated
Confinement.  Clement v. Cal Dept of Corr 364 F. 3d 1148 (9th Cir
2004)
Lopez v. Reyes 692 F. 2d 15 (5th Cir 1982) Also Turner v. Safley
and see Monell v. Dep't of Social Services ).  The government is
liable for the actions of it's employees and their conduct, and for
these Agent AUSA Patrick SCruggs, Agent Devin Williams and their
colluders being led astray to cover up their malfeasance is
overtly despicable and racially motivated because they wanted
to ruin a life of a Successful BLACK Business woman, and Honorable
Army Veteran as an innocent Victim, just because they wanted her
Assets as evidence by the FACT that they did not even attempt to
SEIZE any assets or funds from any person in their false conspiracy
in their own STATE of FLorida.  Why?  All of Ellis' assets and
daughter's assets have nothignt o do with a crime and definitely

NOT in the STATE of FLorida.  Texas is Ellis, Priscilla's only
proper VENUE.

2 things must be alleged under 42 USC 1983

1.  The violation of a right secured by the Constitution and law
of the United States

2.  The violation  and commission of deprivation by a person
acting under the Color of State law

Priscilla Ellis have proven both of these points

see West v. Alkins 487 U.S. 42, 48 101 L. ED. 2d 40, 108, S Ct
2250 (1988)

The Supreme Court has made it clear that for purposes of 42 USC
1983

Under the Color of law it has beed defined under the 14th Amendment.

United States v. Price 383, U.S. 787, 794, n.7, 16 L. Ed. 2d 267
865 Ct 1152 (1966)

Constitutional Standards are invoked when it can be said that the

Government's responsible for the Specific Conduct of which the

Plaintiff complains and AW Conen, LT Frontera, AW Compos, Acting

Director Eric J. Wilson, AUSA Patrick Scruggs, Agent Devin Williams,

the DSCC, Ms Sosa and others UNK knew for certain that they were

falsifyign documents by altering a Final Judgement using FALSE

allegations from a case that is a consecutive case that does

not start for 36 years and and FABRICATED , FALSE Malicious write

up that Ellis was not convicted ofr nor indicted for of tryign to

kill a 9 year old .  Also 5th Amend violation of Double Jeopardy/

see Monell v. Dep't of Soc Servs 436 U.S. 658, 694, 56 L. Ed 2d
611, 98 S Ct 2018 (1978)

All of the above Government workers knowing the laws of the U.,S

Constitution acted and colluded to assist each other consciously

in concert to violate Ellis, Priscilla's 1st, 4th, 5th, 6th, 8th

and 14th Amendments of the United States Constitution.  They

insinuated themselves into an interdependence witht he Government

which means they must be recognized as a Joint participant in the
Challenged Activity...see Mark 51 F. 3d at 1142 (Citations Omitted)
For Ellis' Claim she was already unlawfully indicted out of her
resident State of Texas since March 1994 violating Article III 2.,
Cl.3 of the U.S. Constitution
as Ellis never knew of a Tampa Florida's existence until
extradited there to answer for an indictment as an innocent
victim doing business inTexas as any normal Business person would
with the professional advice of Business attorney and Licensed
Federal Compliance Officer Shirlean Jefferson.  Tell me, Honorable
Justicesxx Justices, when have youe ver heard of a SAM or any
other Judicial restriction denying a person their substantial
rights of access to the courts which include to hire and solicit]
for an attorney of choice violating 5th and 6th Amend of the
U.S. Constitution?  Most government Agents and Prosecutors
encourage to hire an attorney.  AUSA Scruggs and Agent Devin Williams
kne that if Ellishire an attorney in her Home State of Texas,
her release woudl have been sooner becasue they were hoping to
suppress their unethical behaviour , racism and deliberate, malicious
false prosecution to make Ellis appear tox be the Villain and
Corrupt person instead of themselves. All entitled to attorneys
especially when it was as Ellis was on a direct appeal see Lucey
v. Evitts.  This only happens to BLACK People, for us the judicial
system is deliberately Racially disparaging and Unequal.  Honorable
Justices, I ask another question, When have you ever heard of a
person with low security to end up assigned to a SUperMAX prison
with people on Death Row on Level V in total 23-24 hours
segregation for the World's Most dangerous Prisoners?  Thier intent
was to mentally and emptionally destroy me, after financially

and reputaionally destroying me and my family already. This would

complete their gross agenda and racially motivated hatred

false prosecution. When have you ever heard of an Inmate being

disallowed to speak with their Adult children whom have NO

criminal History? They again was tryign to emotionall destroy

Ellis and her family and they succeeded. No person Ever should

have to experience what Ellishave experienced and her family,

especially as an innocent victim out of her venue proven

even beofer  the despicable trial started and Judge agreed in

front of the prosecution, but thought that a BLACK person would

not realize although he was putting Venue ont he Jury Verdict

form that did not give them the right to determine Venue.  How

Obsurd?  How dumb do they think that Black people are?  So they

then stick us in Dungeons ( SuperMax Prisons) (Solitary Confinment

Housing with egregious restrictions to shelter their agenda of

stopping Ellis from attainign the deserved Justice of being

falsely prosecuted as an innocent victim knowing to them outside

of her home state of Texas where seh resided and conducted Business

on a day to day basis for over 20 years since March 1994.

The Court must accept as True all well pleaded allegations in the

Pleadings andmust view the Facts and inferences to be drawn from the

Pleadings in light of the Moving party.  ALso Honorable Justices,

why would an AUSA and a FBI AGent request an Acting Director to

ask tne Attorney General for permission to apply a SAM fro someone

with low security and use a SAM out of Context as they are according

to the Statute for Terroritic Acts.  To cover their Malfeasance is

why, and harm other's lives in the process of covering their crime

against Ellis, their racially motivated crime.

23

Can relief be Granted under Facts that prove consistent with the

Allegations..see Gasoline Sales Inc v. Aero Oil Co., 39 F. 3d 70,
71 ( 3rd Cir 1994) quoting National Org. for women, Inc v Scheidler
510 U.S. 249, 256, 127, L. Ed. 2d 99 114 S Ct 798 (1994)

Ellis has never been indicted or convicted for killing a 9 year

Old, this is Humiliating and totally disparaging and slanderous,

yet this verbage has become their fall back to try to cover the

racially motivated indictment and prosecution out of my VENUE

of Tx.  see Index #11 where FBI AGent Rolf Gjertsen attest

that No such recording exists.  See Index # 3,4,5, 6 where all

to include the sentencing Judge Merryday using these unfounded

unindicted, unconvicted for allegations, again violating Ellis

14th and 5th amendment Due process rights to be sentenced and

prosecuted for factual  evidence of a crime not entrapped false

allegations never indicted for or convicted see Apprendi v.

New Jersey and Gall v. United States.  They wanted to teach this

little Negoo Black Woman that could read and comprehend the law a

lesson see Index # 15 for case 8:15-cr-00320-SDM-TGW-3 and also the

Court docket in that case.  Every aspect of a sentence to include

the SAM write up should be based on FACTS and NOT false allegations

unindicted or unfounded except by perjured testimony of inmate

informants hired to receive time off of their sentence, and

coached by Agent Devin Williams, and AUSA Patrick Scruggs.  See

Index # 22 and 23, The sentence must be vacated According to the

5th Amendment of the United States Constitution and North Carolina

v. Pearce and 18 USC 3553. This is a very emotional , racial

discriminatory, racially profiled filled with racially inflamed

Hatred Historical Case.  No WHITE person in History on record

guaranteed of Ellis professional Stature, Honorable Army Veteran

And NATO College Spouse class of 1997, Successful Business Owner for

well over 20 plus years, wife of military spouse for over 26 years, very active in local community and mother.  This is very disturbing and nothign can repair the mental, emotional and physical injuries, financial ruin  and family destruction that the Behaviour of the Malfesant Agent Devin Williams and AUSA Patrick Scruggs and their colluders have caused Ellis and her family. THe SAM added at the back end of a sentence is a modification and is therefore Null and void, even when a clerk tried to add a simple fine on the back end of a final judgement , the US Supreme Court said No way.. that it is Unconstitutional and the sentence is Null and Void per the 5th Amendment and see Hill v. United States ex rel. Wampler and People ex rel v. Trainor.  See Wolf v Mc Donnell , 418 U.S. 539, 555-56, 94 S. Ct 2963 (1974)

and Reed v. Faulkner 842 F. 2d 960, 962 (7th Cir 1998) There is no iron curtain between the Constitution and Prisoners in this Country.   Prison Offidials along with AUSA Scruggs and at the direction of Agent Devin Williams, Acting Director Eric Wilson and others UNK over stepped their boundaries and violated several of Ellis' constitutional rights, willfullly and knowingly with racial profiling, racial discrimination enhanced false prosecution, racial disparities in the Justice system withtheir eyes wide open to cover up their malicious false prosecution and indictment of an innocent victim outof their Venue, playing Russian Roulette with an Army Veteran's life who wore the same Army Green uniform that White soldiers wear to protect the exact same laws under the US Constitution that are being denied to Ellis. see Walker v. Summer, 917 F. 2d 382, 385 ( 9th Cir 1990)

When will BLACK's receive Fair, Equal Justice with Complete Due Process and legal protections under the U.S. Constitution without

having to test the waters withthe Courts to see which Judge or
Justice woke on the side of law this morning to abide by the Oath
of the Office nad the US Constitution and is Fair and Jusat
Just, not standing on the wrong side or cover ups just because they
are an AUSA , FBI or Judge or other Government worker,
especially when you can see from the unusual behaviour of a
simple case and wonder why someone is goign above and beyond
to suppress a voice.  Ellis was simply advocating for her
innocense and that of her innocent daughter Kenietta Johnson
as victims of a race hateed Prosecutor and Corrupt FBI AGent
Williams who openly know what he did.  see Fitzharrie v. Wolf 702, F
2d, 836 (9th Cir 1983).

The time for Justice is long over due.  A WHITE person would
have not had to fight this long for a very simple explanation
of the laws under the US COnstitution Articàè III 2 Cl3 that
covers Proper VENUE and that it is solely mandated by Congress,
No Judge, No Attorney General, no Prosecutor and definitely not
a corrupt FBI Agent can determine and manufacture a Venue and
an AUSA taking case law out of contect to hope that the defendant
does not comprehend simple english language interpretations of
the United States Constitution.  Prosecutorial Misconduct is
Blatant here, when a Prosecutor has information to clear a person
he is suppose to , it's his duty see Index #2 and Index # 1a
Prosecutorss have many of the same professional obligations as
other lawyers, including the Duty under Rule 1.1 to conduct
their work competently.  They also have a unique responsibilty as
government lawyers to see that Justice is done see Rule 3.8 cmt
andmust expose information to preove someone's innocent or the
mistake of the govenerment to clear the person.

CONCLUSION

Malfesant racially motivated, corrupt FBI AGents from the Middle
District of Florida unlawfully discriminated against Ellis, Prisclla
by unconstitutionally indicting and extraditing her from her
resident and Business State of Texas since March 1994 to answer
for crimes in a State of Florida where Ellis had no ties, no
knowledge about, NEVER traveled to, never sent any mail  nor received,
never sent any bank wires, nor received any no phone calls nor re-
ceived any, no texts nor received any violating Article III 2. cl 3
of the U.S. Constitution.

Less thea a week after unlawfully extradiaing Ellis unconstitutionally
The malfeasant racially motivated Hatred because of Ellis being a
BLACK successfl Business woman closed and moved all of Ellis'
Personal and Business funds (UNTAINTED) and from daughter's student
accoutn that had for years since age 9 her DFAS Army Support
Payments from Lt Colonel Ellis went to at Chase.  See Index #2 and
Index 1a
Had Ellis been a White man or woman, they would have Froze funds
in the accounte until after a Trial and after Taint was established.
THey used a Bare bones Warrant W15-179M with no affidavits of a
crime committed to come rummage through Ellis Priscilla's home
stealing property, Stocks, Jewelry and Vehicles and asaets owned
14-20 years violating 4th AMend of the US Constitution
See Index # 7 and Index #10
Had Ellis been a White person, the warrant would have factual
Affodavits of Actual events of a crime and identified the items
as product of a crime to be seized in connection with Fruits of
a crime or taint.  Not just take wqhat they wanted becasue they

knew that they were going to convict with every bit of maneuvers, corruption, falsifying evidence and interview statements, and collusion needed to meet their agenda of ruining the life of an innocent victim.

These malfeasant Agents through racial Hatred and using this Black successful Business woman as a scapegoat because they saw her Assets and cash and decided to destroy a Black woman's life without Due Process or doing an appropriate investigation of a crime and had they done so, they would know that there was no VENUE of a crime for Ellis in teh State of FLorida, but if theer appeared to be one which there wasn't , the appropriate VENUE would be TEXAS. If Priscilla Ellis was a WHITE woman, they would have come to her Place of Business to duscuss their concerns and asked to explain the concerns, as they did with shoned whie lady Elsie Green in Utah.  See Index 1 c

Ellis, Pricilla as an Honorable Army Veteaan, Home owner for 20 plus years, owned residential and commercial property for well over 10 plus years , yet was left sitting in the Pinellas County Jail without a Bail , away from Family and friends for 1 year and 3 months prior to a trial to gain more control of their fabrications and false patch work of a crime.  Violating 8th amendment They Gave every white person on the Casea BAIL.  Hmmmmm

Becasue Ellis was advocating ferociously for her innocense and consistently tellign them they had no venue  according to Article III 2 cl. 3 of the US Const, they entrapped Ellis for Witness retaliation against all witnesses that testified her defense.  Something wrong withthis picture, which is why they did NOT subpoena Ellis'

daughter Victoria Ellis and also why they restricted Ellis from speaking with Victoria via telephone and visits per the SAM because they figured that they could stop Victoria Ellis from coming forward to put the truth on record that her mom never told her to pay for a murder for hire.    No such recording as the Agents lied to unlawfully draw a Grand Jury See Index #11

Ellis Counsel put on No defense and was IAC see Index # 26 and 29a

A White woman they would haev prosecutèd with Factual Evidence of a crime, not perjured testimony of inmate informants, and falsèfication of documents and circumstantial evidence

Racially Motivated Prosecutor and Judge in both cases

8:15-cr-00320-SDM-TGW-3 and 8:16-cr-00502-JSM-TBM-1 used exact same False allegations at sentences and exact same unfounded allegations to apply excessive sentence enhancements see Index #1c, 3 4,5,6

Ellis was nto convicted of tryign to kill a 9 year old nor indicted so why is this verbage the hiugh  light all of a sudden? Violating 5th, 6th, 14th Amend of the US Comstitution, Amedn 8 and Gall vs United States and Apprendi vs. New Jersey as well as 18 USC 3553, a sentence is a must to be based upon Facts says the US Supreme court and NOT Allegations.    Must be vacated.

They would have been giving White women sentence departures , not enhancements...see Dana Jewasak andMichelle Scalley and Muhammad Naji's PLea Agreements int he Middle District of Florida. ( Also notice in their Plea Agreements that the Government seized absolutely NOTHING from either of them ( FLROIDA RESIDENTS , MD) but come to Texas and destroy all that Ellis and Famiyl ahve worked for and owned for years prior tot he client in Canada coming to Ellis' Business evidenced by Bell County Tax and Property Records and Bell County Court Hose Divorce Decrees fro Victor and Priscilla

Ellis and Christopher Erkkila and Priscilla Ellis-Erkkila, as well
as Texas Comptroller, etc.

THrough Racially motivated profiling , hatred trying to cover up
their deliberate Malfeasance, Agent AUSA Attorney Scruggs and
Agent Devin Williams intentionally utilized FBOP staff to
unlawfully collude with them to further discriminate and
excessively violate Priscilla Ellis' liberties by putting
her in Solitary Confinement for the world's most dangerous
criminals with women on Death row in SuperMax on Level V for
almost a year with Clear conduct see Index #22, 23, 24, 21 and
tryign to cover up their crime against Ellis by trying to suppress
her voice and rights of Not hiring an attorney or speakign to
Adult daughter Vitoria Ellis that does not have a Criminal History
and humiliating Ellisby allowign her to SOLELY see her Sister
in visits through a Bullet Proof Glass Booth with Low secuirty
serving time as an innocent victim fro a white collar crime
solely.  Where does this happen in America as such to any WHITE
WOMEN?  EPSTEN's Mistress is in Jail in New York manipulating
Young Childre n to have SEX withhim and his friends....She does
not have a SAM or is in denial of hiring an attorney... She's She
White.

No white woman or man anywhere in America or elsewhere would
have been treated with such Malice and unethical Justice and
prejudices in theJudicial System.

A Mother not being able to speak withtheir adult daughter 22 years
old, imagine how this is psychologically and emotionally and mentally
affecting her?  Guaranteed No other case in History has so much
racially motivated Hatred, Judicial disparities, discrimination
Collusion of cover up, deliberate Malfeasabce and Abundance of

Constitutional violations Guaranteed!  How many White Men or women
are you aware of to date, who has low security, serving a sentence
for a white collar crime, who has not committed a MURDER or espionage
against their country, yet are housed with DEATH row inmates?
All because of Corrupt Prosecutor and FBI AGent trying to cover their
malicious Race Hatred indictment and conviction in which they clearly
had NO VENUE from the inception ( THEY KNEW IT, JUST THOUGHT
that a BLACK person would not understand teh CÁnstitution), violating
Priscilla Ellis constitutional rights again 19 months after the
FINAL Judgement of sentence by requesting that the Actin g Director
Eric J. Wilson modify the final Judgement by requesting the
Attorney General to add a SAM ( Special Administrative Measures)
Why?  This is not an extraordinary Criminal Case of Terroristic
Acts, and is definitely not a case not of the norm.  They put Ellis
in Solitary confinement and then a SuperMax Prison again violating
1st, 5th, 6th, 8th and 14th Amendments of the US Constitution.  I
am certain that you all do not know of ONE white man or women in
this lifetime that has been treated this way or that have gone through
these extremes.  What Attorney Kevin CLinesmith and FBI AGent
Carter Paige did to falsify documents to receive warrant and
fabricate evidence is a drop in the bucket compared to what Agent
Devin Williams, AUSA Patrick Scruggs, AUSA Matthew Jackson, AUSA
Eric Gerard and Agent Rolf Gjertsen have done to Priscilla Ellis,
and continue to do so and use the Judicial Powers within to continue.
The BIG Difference is President Trump's team have the money and
assistance to Ínvocer the malfeasance and corruption.  The AGent
Devin Williams unlawfully seized Ellis' untainted funds and assets
to assure that Ellis, Priscilla could not properly defend herself,

and she's black of course.  The White people within that are corrupt
in the positions of power and abuse seem to think that Black lives
are dispensible.  We are not.  For the above reasons and more, the
only relief known to law of the land of the US constitution and
the United States Supreme Court is to immediately reverse the
Manipulated, malfesant convictions and vacate the current sentences.
Please Honorobale Justices grant the delayed relief entitled and
vacate the current sentence Judgement and release Ellis, Priscilla
from immediate and all custody without further delays from
the Warden M. Carr at FMC- Carswell, pursuant to 1st, 4th, 5th,
6th, 8th, 14th, Article III, 2 cl. 3 of the United States Constitution
and the Color of Law Racial Discrimination pursuant to
42 U.S.C. 1983.

RELIEF REQUESTED

1.  Request Hearing En Banc, this is such extraordinary circumstances

2.  Be released from Immediate and all custody ( WRIT OF HABEAS
Corpus 2241 in original Filing atatched)
which supports the ability fro the Honorable court to grant relief

3.  Vacate Both sentence 8:15-cr-00320-SDM-TGW-3 and 8:16-cr-
00502-JSM-TBm-1 and the unlawful SAM Measure added 19 months
After Final Judgement based on 1st, 4th, 5th, 6th, 8th, 14th
and article III 2 cl. 3 of the US Constitution
(SAM NOT PART OF FINAL SENTENCE JUDGEMENTS)

4.  Demand that the FBOP separate sentences imposed separately
and remove 8:16-cr-00502-JSM-TBM-1 as controlling sentence abusing
18 USC 3584 (c).  This is a consecutive sentence that does not start
for 36 years yet see Index #25, the DSCC are usingthis as the
controllign sentence based on computation sheets as the request
of AUSA Patrick Scruggs abusing the statutes

5.  Allow Priscila Ellis Punitive damages in the individual
and officical capacity of AUSA Patrick Scruggs, Agent Devin Williams,
Acting Director Eric Wilson and other FBOP Staff UNK

6.  Return all unlawfully seized assets pursuant to Honeycutt
vs. United States and Luis vs United States and unlawful warrant
used to seize documents and assets form Ellis' home and accounts
W15-179M by Judge Manske otu of WACO texas Barebones   4th Amend Violation

7. Demand that the FBOP immediately remove Ellis from the

Supermax Prison and restore Ellis' Civil liberties under the
1st Amendment for Prisoner's Complete phone , Face to face visits,
Video visits, right to see allf amily and friends approved
through Prison approval system to include communication via
phoen and Video visits with daughter Victoria Ellis who passed
prixax prison back ground checks and access tot he Media etc

8.  Any other relief that the Court supposedly considers to restore
or deems necessary to repair constitutional violations, malicious
and racially hatred invoked prosecution using deliberate , malfeasant
and racially profiling color of law abuse and abuse of Power and
Prosecutorial Misconduct ...see Index #1c

8.  Demand immediate release from all unlawful Custody and vacate
current unlawful convictions


Respectfully Submitted and requested;

Priscilla A. Ellis
Pro-Se'
US Army Veteran - Honorably Discharged

CASE LAW FOR DOUBLE JEOPARDY PERTAINING TO ADDING A SAM   AGENT

TO MODIFY A SENTENCE  after final judgement WITH A CONSECUTIVE

CASE THAT STARTS IN 36.5 YEARS..


50 L. ED 2D 830 Double Jeopardy -Federal Criminal Cases


United States v. Martin Linen Supply Co. (1977, US 51 L. Ed 2d 642,
97 S. Ct 1349 ( Disabling the government from seeking to  punish
a defendant more then once for the same offense

District Court may NOT increase a sentence  see United States
v. Benz (1931) 282 U3 304, 75 L ED 354, 51 S. Ct 113 to be based
upon the ground that to increase the penalty is to subject the
Defendant to Double Jeopardy for the same offense, dissenting
Opinion of Holmes, J in Kepner v. United States (1904) 195 US 100,
49 LED 114, 24 S. Ct 797, discussed Supra 113 or

Yohey v. Collins , 985 F. 2d 222 ( 5th Cir 1993) shows that a grave

injustice will be done if court does not consider Ellis' Complaints

Court should give Pro-Se' complainant leave to amend defective

allegations if any in a pleading.  See Walkins v. Lujan, 922 F. 2d

261, 264 ( 5th Cir 1991)

If the complaintant fails to amend the complaint, the District

Court may then strike the pleading or dismiss the case, see Fed R.

Civ Proc 12 (e) and Mitchell v. E.2 Way Towers, Inc 269 F. 2d 126,

134 (5th Cir 1959) ( Hutchenson J. Dissenting)

If it affects substantial rights, see United States v. Olano,

123 L. Ed. 2d 508 , 113 S. Ct, 1770, 1777-78 (1993) error must

seriously affect the fairness, integrity or Public reputation of

Judicial Proceedings. 113 S. Ct. at 1778

CERTIFICATE OF DELIVERY

Mailed on 1-12-2020 from FMC-Carswell to Eric Wilson at South
Central Regional Office and Attorney General Rosen at
Washington D.C 950 Pennsylvania Ave



U.S. POSTAGE PAID
NAVAL AIR STATION JRB
$0.00
R2305E12567172

United States District C
c/o Judge Mc Byde's Clerk
Northern District of Texas
501 West Tenth St., Room 3
Fort Worth, Texas 76102

LEGAL

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 1-21-21

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)

